AO 458 (Rev. 10/95) Appearance.

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number: 04-M-221-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  David Jordan

I certify that I am admitted to practice in this court.

5/21/04
Date

Signature

Thomas Drechsler    13484O
Print Name                          Bar Number

50 Redfield St.
Address

Boston        MA         02122
City          State      Zip Code

617-265-3900           617-265-3627
Phone Number           Fax Number

FILED
In Open Court
USDC, Mass.
Date 5-21-04
By G.G.
Deputy Clerk