UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ-2004-M-221-JLA

UNITED STATES

V.

DAVID JORDAN

**ORDER ON PROBABLE CAUSE**

May 27, 2004

ALEXANDER, M.J.

On May 25, 2004, May 26, 2004, and May 27, 2004, the defendant, David Jordan, appeared before this Court for a probable cause hearing pursuant to a complaint charging him in violation of 21 U.S.C. § 846 (unlawfully, knowingly, and intentionally conspiring to possess with intent to distribute over 500 grams of cocaine, a schedule II controlled substance). At the hearing, the government was represented by Assistant United States Attorney John J. Farley and the defendant was represented by Attorney Thomas Drechsler. The government presented the credible testimony of Trooper Kevin O'Neil of the Massachusetts State Police, as well as documentary evidence of intercepted phone conversations between the defendant and the alleged co-conspirators, additional taped recordings, and affidavits prepared by other law enforcement personnel. After hearing the testimony and in consideration of the evidence submitted, this Court FINDS that there is PROBABLE CAUSE to believe the defendant, DAVID JORDAN, committed the

offense with which he is charged.[1]

SO ORDERED.

                                                _____
                                                United States Magistrate Judge

---

[1] Notwithstanding defense counsel's suggestion, which was made known repeatedly throughout the hearing, that this Court draw adverse inference because Trooper O'Neil lacked first-hand knowledge of certain aspects of the investigation to which he testified, the court is completely satisfied that probable cause exists.