UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTHONY BUCCI
DAVID JORDAN
FRANCIS MUOLO
       Defendants

CRIMINAL CASE
NO. 04-10194 RCL

NOTICE OF ARRAIGNMENT

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment** at **11:45 a.m.** on **Thursday, July 15, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

July 13, 2004
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice to:   Barry Wilson, Esq.
*Via electronic filing*
Thomas Drechsler, Esq.
*Via electronic filing*
Albert Cullen, Esq.
*Via electronic filing*
AUSA John Farley, Esq.
*Via electronic filing*

Enclosures:   Indictment