# Finneran, Byrne & Drechsler, L.L.P.

Attorneys at Law

| | | |
|---|---|---|
| James E. Byrne<br>Thomas Drechsler<br>~~~~~~~~<br>Of Counsel<br>Thomas M. Finneran | Eastern Harbor Office Park<br>50 Redfield Street<br>Boston, Massachusetts 02122<br><br>Telephone (617) 265-3900<br>Telefax (617) 265-3627 | Kenneth H. Anderson<br>Richard P. Mazzocca<br>Eric S. Goldman<br>Samuel P. McDermott<br>Jonathan E. Tobin |

October 6, 2004

**Facsimile 617-748-9096**
**and First Class Mail**

Mr. Rex Brown, Courtroom Deputy for
The Honorable Magistrate Judge Joyce London Alexander
United States District Court
John Joseph Moakley, U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Re:    United States of America vs. David Jordan
              **U.S. District Court, Criminal Complaint No. 04-10194-RCL**

Dear Mr. Brown:

      Please be advised that I am currently engaged in a jury trial before Judge O'Toole in the U.S. District Court in the matter of *United States of America vs. Joseph LeMoure, etal*, Criminal Complaint No. 03-10249-GAO. Due to my engagement, I am not available to appear for the Further Discovery Status Conference scheduled for October 12, 2004 at 11:00 a.m. in the above-captioned matter and would request a postponement.

      I sincerely appreciate your kind consideration of my request and your cooperation.

                                            Very truly yours,

                                            Thomas Drechsler   *(d)*

TD:dcv
[Our File #04-5794]

| cc: | AUSA John T. McNeil | [Facsimile Only 617-748-3974] |
|---|---|---|
| cc: | Michael C. Bourbeau, Esq. | [Facsimile Only 617-722-9499] |
| cc: | Albert F. Cullen, Esq. | [Facsimile Only 978-794-3544] |
| cc: | Barry P. Wilson, Esq. | [Facsimile Only 617-523-8700] |