# SEALED DOCUMENT

Case 1:04-cr-10194-RCL     Document 74     Filed 10/12/2004     Page 1 of 1