UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>ANTHONY BUCCI, et al.,                     )<br>)<br>Defendants.                         ) | Criminal No. 04-10194-RCL |

**JOINT STATUS REPORT**

In accordance with the Court's request at the Interim Status Conference held on November 29, 2004, the United States of America and the defendants, by and through their respective counsel, hereby submit this joint status report.

Each defendant has pending a motion to amend his terms of supervised release. The government opposes each of these motions. The parties have filed a motion to exclude all time between August 24, 2004, and December 14, 2004, from the Speedy Trial Act calculation. There are no other outstanding motions.

The defendants request that the hearing scheduled for December 14, 2004, on the pending motions, also be treated as an interim status conference rather than a final status conference. Because of the voluminous discovery in this case, and new counsel for Defendants Bucci and Muolo, the parties request that the final status conference be set for mid-February, 2005. By that date, counsel will have evaluated the discovery and filed dispositive motions.

Respectfully Submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:   /s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney
(617) 748-3252

/s/ *John T. McNeil for*
MICHAEL NATOLA
Counsel for Defendant BUCCI

/s/ *John T. McNeil for*
THOMAS DRECHSLER
Counsel for Defendant JORDAN

/s/ *John T. McNeil for*
KEVIN L. BARRON
Counsel for Defendant MUOLO

Dated: December 10, 2004