UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

No. 04CR-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN, et al., | ) |
| Defendants | ) |

**DEFENDANT DAVID JORDAN'S MOTION
TO AMEND CONDITIONS OF RELEASE**

Now comes the defendant, David Jordan, and moves to amend the conditions of his release regarding the above-captioned matter. Specifically, the defendant requests the Court permit him to attend a family gathering on December 24, 2004, between the hours of 5 p.m. and 11 p.m. at the residence of Albert Spadafora, located at 453 Highland Avenue, Malden, MA. In addition to Mr. Jordan, his wife and three children, the following family members will be present:

1. William Spadafora, Sr., (D.O.B. 3/3/48) and his wife Donna. William Spadafora, Sr., is Mr. Jordan's father-in-law.

2. Albert Spadafora (D.O.B. 12/29/46), his wife Francine, and their three children, Craig (a Malden city councilman), Albert Jr., and Alicia. Albert Spadafora is William Spadafora, Sr.'s brother.

3. Anthony Spadafora, Jr. (D.O.B. 9/21/56), his wife Mary, and their three children Stephanie, Gina and Anthony. Anthony Spadafora, Jr. is also William Spadafora's brother.

4. Anthony Spadafora, Sr., (date of birth: 10/20/24) and his wife Alice. Anthony Spadafora, Sr., is the Police Commissioner of the city of Malden and William Spadafora, Sr.'s father.

David Jordan will travel by car to and from the above-mentioned family gathering with his wife and children. His wife, Kristen (Spadafora) Jordan (D.O.B. 8/25/71), agrees to act as his third-party custodian and to notify Pre-Trial Services of any deviation to any conditions of release the court imposes.

FOR THE REASONS STATED HEREIN, the defendant, David Jordan, respectfully requests that his conditions of his release be modified to allow him to attend the above-mentioned family gathering on December 24, 2004, between the hours of 5 p.m. and 11 p.m. at the residence of Albert Spadafora, located at 453 Highland Avenue, Malden, MA. The defendant is willing to accept any and all additional conditions of release that would allow him to attend the family gathering and as deemed necessary and appropriate.

Respectfully submitted,

Defendant,
DAVID JORDAN,
By his attorney,

Thomas Drechsler (spm)
Thomas Drechsler, Esq.
B.B.O. #134840
Finneran, Byrne & Drechsler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. 617-265-3900

DATE: December 22, 2004

## CERTIFICATE OF SERVICE

I, Thomas Drechsler, Esq., attorney for the defendant, David Jordan, hereby certify that I served **DEFENDANT DAVID JORDAN'S MOTION TO AMEND CONDITIONS OF RELEASE,** by hand delivery upon the following counsel of record on **December 22, 2004**:

Christopher Wylie
U.S. Pretrial Services
U.S. Courthouse, Suite 1-300
One Courthouse Way
Boston, MA 02210

John T. McNeil, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
One Courthouse Way - Suite 9200
Boston, MA 02210

　　　　　　　　　　　　　　　　　　　　Thomas Drechsler (BPH)
　　　　　　　　　　　　　　　　　　　　Thomas Drechsler, Esq.