UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 DEC 23 A 10: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

No. 04CR 10194-RCL

UNITED STATES OF AMERICA )
)
VS. )
)
DAVID JORDAN, et al. )
Defendants )

### AFFIDAVIT OF KRISTEN JORDAN

Under oath, I depose and state that:

1. My name is Kristen Jordan. I am the wife of the above-named defendant, David Jordan.

2. I have seen, and understand, the conditions of release currently imposed upon the defendant.

3. On December 24, 2004, I understand I will agree to act as third party custodian for the defendant between the hours of 5 p.m. and 11 p.m. while we attend a family gathering at 453 Highland Avenue, Malden, MA.

4. I understand that the defendant will be in my presence at all times between the hours of 5 p.m. and 11 p.m. on December 24, 2004.

5. I understand that the defendant will be required to follow and abide by all conditions of his release during the hours of 5 p.m. and 11 p.m. while I am acting as his third-party custodian.

6. I understand I will agree to promptly notify the Malden Police Department, Pre-Trial Services, and the United States Attorney's Office, if the defendant violates any of the conditions of his release.

Signed this 22nd day of month Dec, 2004, under the penalties of perjury.

*Kristen M. Jordan*
12/22/04

# Finneran, Byrne & Drechsler, L.L.P.

Attorneys at Law

Eastern Harbor Office Park
50 Redfield Street
Boston, Massachusetts 02122

Telephone (617) 265-3900
Telefax (617) 265-3627

**James E. Byrne**
**Thomas Drechsler**

*Of Counsel*
**Thomas M. Finneran**

Kenneth H. Anderson
Richard P. Mazzocca
Eric S. Goldman
Samuel P. McDermott
Jonathan E. Tobin

FILED
CLERK'S OFFICE

2004 DEC 23  A 10: 58

DISTRICT COURT
DISTRICT OF MASS.

December 23, 2004

*Via Hand Delivery*

Criminal Clerk's Office
United States District Court
One Courthouse Way
Fan Pier
Boston, MA 02210

RE:   United States of America
VS:   David Jordan
      U.S. District Court, No. No. 04CR-10194-RCL
      Our File No. 04-5794

Dear Sir/Madam:

Attached hereto please find an Affidavit of Kristen Jordan. This Affidavit is filed as an addendum to Defendant David Jordan's Motion to Amend Conditions of Release, previously filed on December 22, 2004. Upon filing of this Affidavit, the government assents to the defendant's Motion.

Thank you for your attention to this matter.

Very truly yours,

*Thomas Drechsler (spm)*

Thomas Drechsler

TD: kk
enc.
cc: Christopher Wylie
cc: John T. McNeil, Esq.
    *Via Hand Delivery*