UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -2 P 3: 13

No. 04CR-10194-RCL

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| VS. | ) |
|  | ) |
| DAVID JORDAN, et al., | ) |
| Defendants | ) |

## DEFENDANT DAVID JORDAN'S ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant, David Jordan, and moves to amend the conditions of his release regarding the above-captioned matter. Specifically, the defendant requests the Court permit him to attend the funeral and services of his mother, Dorothy Jordan, with prior approval of Pretrial Services Officer Christopher Wylie. As reasons therefor, the defendant states the following:

1. On February 22, 2005, Mr. Jordan's mother, Dorothy Jordan, was admitted to Melrose Wakefield Hospital. She had been diagnosed with metastatic cancer.

2. On or about March 1, 2005, Mr. Jordan's mother passed away while a patient at Melrose Wakefield Hospital.

3. Travel to the funeral and services shall be approved prior to such visit by Pre-Trial Services officer Christopher Wylie. Mr. Jordan shall be driven to and from the funeral and services by his wife, Kristen Jordan, or such other person approved by Pretrial Services officer Christopher Wylie in advance of such visit.

4. The defendant will accept any and all additional conditions of release deemed necessary and appropriate by a Pretrial Services officer.

5. Assistant United States Attorney John T. McNeil assents to this motion.

FOR THE REASONS STATED HEREIN, the defendant, David Jordan, respectfully requests that his conditions of his release be modified to allow him to attend the funeral and services for his

mother, Dorothy Jordan. Travel to the funeral and services shall be approved by Pretrial Services officer Christopher Wylie and the defendant is willing to accept any and all additional conditions of release and as deemed necessary and appropriate.

        Respectfully submitted,

        DAVID JORDAN, Defendant
        By his attorney,

        */s/ Thomas Drechsler*
        Thomas Drechsler, Esq.
        B.B.O. #134840
        Finneran, Byrne & Drechsler, L.L.P.
        Eastern Harbor Office Park
        50 Redfield Street
        Boston, MA 02122
        Tel. 617-265-3900

DATE: March 2, 2005

## CERTIFICATE OF SERVICE

I, Thomas Drechsler, Esq. attorney for the defendant, David Jordan, hereby certify that I served **DEFENDANT DAVID JORDAN'S ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE,** by postage prepaid, first class mail, upon the following counsel of record on March 2, 2005:

Christopher Wylie
U.S. Pretrial Services
U.S. Courthouse, Suite 1-300
One Courthouse Way
Boston, MA 02210

John T. McNeil, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
One Courthouse Way - Suite 9200
Boston, MA 02210


_____Thomas Drechsler (s/m)_____
Thomas Drechsler, Esq.