UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

No. 04CR-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN, et al., | ) |
| Defendants | ) |

## DEFENDANT DAVID JORDAN'S AMENDED MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant, David Jordan, and moves to amend the conditions of his release regarding the above-captioned matter. Specifically, the defendant requests the Court permit him to obtain employment which is currently available to him. As reasons therefor, the defendant states the following:

1. On June 10, 2004, pursuant to the Court's Order On Release, the defendant was released from custody pending trial on the above-captioned matter, subject to several conditions. (See Exhibit 1, Order On Release, dated June 10, 2004).

2. Since that Order, which confined the defendant to his residence and restricted him from moving or leaving that residence without the express prior permission of the Court, the defendant has scrupulously observed each of the conditions of his release.

3. Due to the defendant's arrest and confinement to his residence, the defendant has been unable to work or gain employment. As a result, the defendant and his family are experiencing substantial financial hardship. (See Exhibit 2, Correspondence from defendant's wife, Kristen Jordan).

4. Recently, the defendant has been offered an employment opportunity to work at Spadafora Slush Co., owned by his father-in-law William Spadafora, and located at 136 Highland Avenue in Malden, Massachusetts. (See Exhibit 3, Correspondence from William Spadafora; See Exhibit 4, Correspondence from Donna Spadafora).

5. If the defendant were permitted by the Court to accept this employment opportunity available to him, he would be under the direct supervision of William Spadafora's

wife, Donna Spadafora, who runs the day-to-day operations of the business and who would be on the premises with Mr. Jordan at all times. (See Exhibit 3 and Exhibit 4).

6. If the defendant were permitted by the Court to accept this employment opportunity available to him, the defendant would be able to provide much-needed supplemental income and financial support for his family.

7. If the defendant were permitted by the Court to accept this employment opportunity available to him, the defendant would accept any and all additional conditions of release deemed necessary and appropriate.

FOR THE REASONS STATED HEREIN, the defendant, David Jordan, respectfully requests that his conditions of his release be modified to allow him to gain the employment opportunity which is available to him. The defendant is willing to accept any and all additional conditions of release that would allow him to provide the necessary financial support for his family and as deemed necessary and appropriate.

Respectfully submitted,

DAVID JORDAN, Defendant
By his attorney,

*Thomas Drechsler (spn)*
Thomas Drechsler, Esq.
B.B.O. #134840
Finneran, Byrne & Drechsler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. 617-265-3900

DATE: March 31, 2005