UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 1:04-cr-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| ANTHONY BUCCI, a/k/a "Gino," | ) |
| DAVID JORDAN, and | ) |
| FRANCIS MUOLO, a/k/a "Skeeter," | ) |
|     Defendants | ) |

**DEFENDANT DAVID JORDAN'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE PRE-TRIAL MOTIONS**

Now comes the defendant, David Jordan, and respectfully moves this court for an order enlarging time for filing dispositive pre-trial motions from May 2, 2005 to May 9, 2005. As reasons herefore, the additional time is necessary to properly prepare a motion to sever. Additionally, both co-defendants have already moved the court for the same seven day enlargement.

Assistant U.S. Attorney John McNeil, has assented to this motion.

Respectfully submitted,

Defendant,
DAVID JORDAN,
By his attorney,

_____
Thomas Drechsler, Esq.
B.B.O. #134840
Finneran, Byrne & Drechsler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. 617-265-3900

DATE: April 28, 2005