UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CR-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN, et al., | ) |
| Defendants | ) |

**DEFENDANT DAVID JORDAN'S ASSENTED TO MOTION
TO AMEND CONDITIONS OF RELEASE**

Now comes the defendant, David Jordan, and moves to amend the conditions of his release regarding the above-captioned matter. Specifically, the defendant requests the Court permit him to attend a family gathering on December 24, 2005, between the hours of 5 p.m. and 11 p.m. at the residence of Albert Spadafora, located at 453 Highland Avenue, Malden, MA. In addition to Mr. Jordan, his wife and three children, the following family members will be present:

1. William Spadafora, Sr., (D.O.B. 3/3/48) and his wife Donna. William Spadafora, Sr., is Mr. Jordan's father-in-law.

2. Albert Spadafora (D.O.B. 12/29/46), his wife Francine, and their three children, Craig (a Malden city councilman), Albert Jr., and Alicia. Albert Spadafora is William Spadafora, Sr.'s brother.

3. Anthony Spadafora, Jr. (D.O.B. 9/21/56), his wife Mary, and their three children Stephanie, Gina and Anthony. Anthony Spadafora, Jr. is also William Spadafora's brother.

4. Anthony Spadafora, Sr., (date of birth: 10/20/24) and his wife Alice. Anthony Spadafora, Sr., is the Police Commissioner of the city of Malden and William Spadafora, Sr.'s father.

David Jordan will travel by car to and from the above-mentioned family gathering with his wife and children. His wife, Kristen (Spadafora) Jordan (D.O.B. 8/25/71), agrees to act as his third-party custodian and to notify Pre-Trial Services of any deviation to any conditions of release the court imposes.

FOR THE REASONS STATED HEREIN, the defendant, David Jordan, respectfully requests that his conditions of his release be modified to allow him to attend the above-mentioned family gathering on December 24, 2005, between the hours of 5 p.m. and 11 p.m. at the residence of Albert Spadafora, located at 453 Highland Avenue, Malden, MA. The defendant is willing to accept any and all additional conditions of release that would allow him to attend the family gathering and as deemed necessary and appropriate.

The Government Assents to this motion.

**ASSENTED TO**:

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | Defendant, |
| COMMONWEALTH, | DAVID JORDAN, |
| By its Attorney, | By his attorney, |
| | |
| _John T. McNeil (s)_ | _Thomas Drechsler (s)_ |
| John T. McNeil, Esq. | Thomas Drechsler, Esq. |
| Assistant U.S. Attorney | B.B.O. #134840 |
| Office of the U.S. Attorney | Finneran, Byrne & Drechsler, L.L.P. |
| One Courthouse Way - Suite 9200 | Eastern Harbor Office Park |
| Boston, MA 02210 | 50 Redfield Street |
| | Boston, MA 02122 |
| | Tel. 617-265-3900 |
| | |
| DATE: December 19, 2005 | DATED: December 20, 2005 |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

No. 04CR-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN, et al., | ) |
| Defendants | ) |

### AFFIDAVIT OF KRISTEN JORDAN

Under oath, I depose and state that

1. My name is Kristen Jordan. I am the wife of the above-named defendant, David Jordan.

2. I have seen, and understand, the conditions of release currently imposed upon the defendant.

3. On December 24, 2005, I understand I will agree to act as third-party custodian for the defendant between the hours of 5 p.m. and 11 p.m. while we attend a family gathering at 453 Highland Avenue, Malden, MA.

4. I understand that the defendant will be in my presence at all times between the hours of 5 p.m. and 11 p.m. on December 24, 2005.

5. I understand that the defendant will be required to follow and abide by all conditions of his release during the hours of 5 p.m. and 11 p.m. while I am acting as his third-party custodian.

6. I understand I will agree to promptly notify the Malden Police Department, Pre-Trial Services, and the United States Attorney's Office, if the defendant violates any of the conditions of his release.

Signed this _19th_ day of month _Dec._, 2005, under the penalties of perjury.

_Kristen M. Jordan_

## CERTIFICATE OF SERVICE

I, Thomas Drechsler, Esq., attorney for the defendant, David Jordan, hereby certify that I served **DEFENDANT DAVID JORDAN'S ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE,** by hand delivery upon the following counsel of record on **December 19, 2005**:

Christopher Wylie
U.S. Pretrial Services
U.S. Courthouse, Suite 1-300
One Courthouse Way
Boston, MA 02210

John T. McNeil, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
One Courthouse Way - Suite 9200
Boston, MA 02210

_____
Thomas Drechsler, Esq.