UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CR-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN, et al., | ) |
|     Defendants | ) |

**DEFENDANT DAVID JORDAN'S MOTION
TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant, David Jordan, and moves to modify the conditions of his release regarding the above-captioned matter. Specifically, the defendant requests the Court permit him to attend a family event on February 4, 2006, between the hours of 6 p.m. and midnight at Anthony's Restaurant, located at 105 Canal Street, in Malden, MA. The event is being conducted in honor of William Spadafora, Sr., the defendant's father-in-law, for twenty-six years of state service as a law enforcement officer. The restaurant is owned and operated by Anthony Spadafora, Sr., the father of William, including Spadafora, Sr. The event will be attended by approximately one hundred and fifty (150) family and friends, including Mr. Jordan's wife, Kristen, and three children. The following family members will also be present:

1. William Spadafora, Sr., (D.O.B. 3/3/48) and his wife Donna. William Spadafora, Sr., is Mr. Jordan's father-in-law.

2. Albert Spadafora (D.O.B. 12/29/46), his wife Francine, and their three children, Craig (a Malden city councilman), Albert Jr., and Alicia. Albert Spadafora is William Spadafora, Sr.'s brother.

3. Anthony Spadafora, Jr. (D.O.B. 9/21/56), his wife Mary, and their three children Stephanie, Gina and Anthony. Anthony Spadafora, Jr. is also William Spadafora's brother.

4. Anthony Spadafora, Sr., (date of birth: 10/20/24) and his wife Alice. Anthony Spadafora, Sr., is the Police Commissioner of the city of Malden and the father of William Spadafora, Sr. Anthony Spadafora is also the owner of Anthony's Restaurant, the location of the family event.

David Jordan will travel by car to and from the above-mentioned event with his wife and children. His wife, Kristen (Spadafora) Jordan (D.O.B. 8/25/71), agrees to act as his third-party custodian and to notify Pre-Trial Services of any deviation to any conditions of release the court imposes.

FOR THE REASONS STATED HEREIN, the defendant, David Jordan, respectfully requests that his conditions of his release be modified to allow him to attend the above-mentioned family event on February 4, 2006, between the hours of 6 p.m. and midnight at Anthony's Restaurant, located at 105 Canal Street, in Malden, MA. The defendant is willing to accept any and all additional conditions of release that would allow him to attend the family gathering and as deemed necessary and appropriate.

Respectfully submitted,

Defendant,
DAVID JORDAN,
By his attorney,


/s/ Thomas Drechsler
B.B.O. #134840
Finneran, Byrne & Drechsler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. 617-265-3900

DATE:  January 31, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

Christopher Wylie
U.S. Pretrial Services
U.S. Courthouse, Suite 1-300
One Courthouse Way
Boston, MA 02210

John T. McNeil, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
One Courthouse Way - Suite 9200
Boston, MA 02210

                /s/ Thomas Drechsler, Esq.