UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10194-RCL |
| | ) | |
| DAVID JORDAN, et al. | ) | |

**Government's Opposition to Defendant Jordan's Motion to
Amend Pretrial Conditions**

  The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully opposes defendant Jordan's motion to amend his conditions of pretrial release to attend a party on Saturday February 4, 2006.  First, the motion should be denied because it is untimely and does not provide the Court, Pretrial Services, or the government adequate time to evaluate the request and respond accordingly.  Second, there is no compelling need for defendant Jordan to attend a large party in honor of his father-in-law.  The defendant was placed on electronic monitoring because he poses a risk to the community at large and presents a risk of flight.  At the detention and suppression hearings, the government presented evidence that Jordan participated in the theft of more than $80,000 of cocaine, that he did so while pointing his firearm at the target drug dealer, and that he grossly abused his authority as a law enforcement officer.  He subsequently lied to other officers about his activities, attempted to conceal the identity of his co-conspirators, and was recorded instructing a co-conspirator to make certain that a third co-conspirator did not speak with or otherwise cooperate with police.  As a result, Jordan faces a mandatory minimum sentence of 12 years incarceration on the pending charges.

  Moreover, Jordan has admitted to Pretrial Services that he smoked marijuana, and told

officers that they would find it in his bloodstream at the time of his arrest. Given that he was working at the time of his arrest, and was in possession of a number of firearms at that time (including one stolen weapon), it can be inferred that he was under the influence of an illegal substance while he was on duty and while in possession of dangerous weapons.

Given the nature of these crimes and his other related conduct, Jordan should not be released, even temporarily, from the conditions which prevent him from attending such a large public gathering.

For the foregoing reasons, the government respectfully requests that the Court deny Jordan's motion to amend the conditions of his release.

                                                                        Respectfully submitted,

                                                                         MICHAEL J. SULLIVAN
                                                                         United States Attorney

Date: February 3, 2006                           By: */s/ John T. McNeil*
                                                                         JOHN T. MCNEIL
                                                                         Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I, John T. McNeil, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                                        */s/ John T. McNeil*
                                                                        JOHN T. MCNEIL
                                                                        Assistant U.S. Attorney