UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NO. 04-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN, et al | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Attorney Maria Luise, of BALLIRO &

MONDANO on behalf of the defendant, David Jordan, in the above-captioned matter.

RESPECTFULLY SUBMITTED:

/s/ Maria A. Luise

_____

—

Maria A. Luise, Esquire
BBO # 557353
BALLIRO & MONDANO
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442

DATED: February 28, 2006