UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID JORDAN )<br>and )<br>ANTHONY BUCCI, )<br>      Defendants ) | CRIMINAL NO. 04-10194-RCL |

**GOVERNMENT'S MOTION IN LIMINE REGARDING CHARACTER EVIDENCE**

The United States, by and through its undersigned attorneys, hereby moves for the Court to enter an Order precluding the defendant, David Jordan, from introducing evidence and/or argument concerning any commendations or other recognition of "good conduct" he may have received during his tenure as a law enforcement officer.

The grounds for such an Order are detailed in the accompanying memorandum of law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: March 8, 2006      By: *S. Theodore Merritt*
JOHN T. MCNEIL
S. THEODORE MERRITT
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

*S. Theodore Merritt*
S. THEODORE MERRITT
Assistant U.S. Attorney