UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04CR-10194-RCL |
| ) | |
| DAVID JORDAN ) | |
| and ) | |
| ANTHONY BUCCI, ) | |
| Defendants. ) | |

**DEFENDANT, DAVID JORDAN'S, PROPOSED INQUIRY
OF PROSPECTIVE JURORS**

Now comes the defendant, David Jordan, in the above-numbered Indictment and requests that the following inquiry be made of prospective jurors:

1. This case involves allegations by the government of conspiring to distribute, and possession with intent to distribute cocaine, as well as other offenses, by a Malden Police Officer. Do you feel that you or any other member of your family, or anyone with whom you have a close association, has ever been treated unfairly by the police?

2. Have you or any other member of your family, or anyone with whom you have a close association, ever filed any sort of complaint against a police officer?

3. Are you or any other member of your family, or anyone with whom you have a close association, a member of any organization that advocates against the activities of police officers or supports or advocates in favor of claims or complaints against police officers and/or members of the law enforcement community?

4. Have you, or any other member of your family, or anyone with whom you have a close association, ever had a negative experience with a police officer or police department such that you could not be fair and impartial to the defendant?

5. Would you be less likely to believe the testimony of a police officer as opposed to the testimony of a federal agent or a civilian witness called by the government?

>Respectfully submitted,
>Defendant,
>DAVID JORDAN,
>By his attorney,
>
>/s/   Thomas Drechsler
>Thomas Drechsler, Esq.
>B.B.O. #134840
>FINNERAN, BYRNE & DRECHSLER, L.L.P.
>Eastern Harbor Office Park
>50 Redfield Street
>Boston, MA 02122
>Tel. (617) 265-3900

DATED:   March 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

>/s/   Thomas Drechsler
>Thomas Drechsler, Esq.