UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)     CRIMINAL NO. 04-10194-RCL<br>DAVID JORDAN )<br>  and    )<br>ANTHONY BUCCI,  )<br>  Defendants.  ) | |

**DEFENDANT DAVID JORDAN'S OPPOSITION TO THE GOVERNMENT'S MOTION *IN LIMINE RE:* CHARACTER EVIDENCE AND FURTHER REQUEST FOR EXCULPATORY EVIDENCE**

Now comes the defendant, David Jordan ("Jordan"), and hereby opposes the Government's motion for this Court to enter an order precluding him from introducing evidence and/or argument concerning any commendations or other recognition of good conduct he may have received during his work as a Malden Police Officer. Jordan further requests that the Government provide any and all records pertaining to the Kevin McCormack case which involved David Jordan and may contain exculpatory evidence.

In support of this motion, Jordan relies on the attached memorandum of law.

Respectfully Submitted:
Defendant,
DAVID JORDAN,
By his attorney,

/s/ Thomas Drechsler
_____
Thomas Drechsler, Esq.
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
DATE:   March 13, 2006          Tel. (617) 265-3900

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon Assistant U.S.Attorney John T. McNeil, and to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                              /s/ Thomas Drechsler
                                              _____
                                              Thomas Drechsler

Case 1:04-cr-10194-RCL     Document 226     Filed 03/13/2006     Page 2 of 2