UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10194-RCL |
| ) | |
| DAVID JORDAN ) | |
| and ) | |
| ANTHONY BUCCI, ) | |
| Defendants ) | |

## ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Bryan Raftery to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Bryan Raftery has been subpoenaed to testify or provide other information in the trial of the above-captioned case;

2. Bryan Raftery has refused to testify or provide other information at the above-captioned trial on the basis of his privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from Bryan Raftery may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of Laura H. Parsky, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant

to the authority vested in her by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Bryan Raftery shall give testimony or provide other information as to all matters about which he may be asked to testify in the trial of the above-captioned case.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Bryan Raftery in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

UNITED STATES DISTRICT JUDGE

DATE: 3/14/06