UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10194-RCL |
| | ) | |
| DAVID JORDAN | ) | |
| and | ) | |
| ANTHONY BUCCI, | ) | |
| Defendants | ) | |

GOVERNMENT'S MOTION FOR LEAVE OF COURT
TO FILE REPLY MEMORANDUM

The United States hereby requests leave of the Court, pursuant to LR 7.1(B)(3), to file a reply memorandum to defendant David Jordan's *Opposition to Government's Motion in Limine Concerning Character Evidence*.

Such a reply is necessary to respond to legal arguments raised in defendant's memorandum.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: March 14, 2006            By: /s/ S. Theodore Merritt
                                S. THEODORE MERRITT
                                JOHN T. MCNEIL
                                Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney