UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10194-RCL |
| DAVID JORDAN ) | |
| and ) | |
| ANTHONY BUCCI, ) | |
| Defendants. ) | |

**DEFENDANT, DAVID JORDAN'S,
LIST OF POTENTIAL TRIAL WITNESSES**

Now comes the defendant, David Jordan, and respectfully submits the following list of potential trial witnesses. The defendant reserves the right to offer the testimony of additional witnesses depending on the evidence in the government's case in chief. In the event of the need for additional witnesses, the defendant will promptly notify the government.

The defendant incorporates herein by reference all of the witnesses listed by the government in its list of witnesses and hereby reserves the right to offer the testimony of any witness on said list that the government decides not to call. Additionally, the defendant, David Jordan, may potentially offer the testimony of the following:

1. Dr. Montgomery C. Brower of Wellesley, MA

2. Dr. Charles E. Drebing of Bedford, MA

3. Thomas Gorgone of Stoneham, MA

4. William Mahoney of Stoneham, MA

5. Keith Malonson of Reading, MA

6. Michael McLaughlin of Stoneham, MA

7. Attorney Brien T. O'Connor of Boston, MA

8. (Ret.) Sgt. David Ritchie (Malden P.D.) of Seabrook, NH

9. Lt. David Chalmers of Malden, MA

10. Chief Kenneth Coy of Malden P.D.

11. Attorney Michael Schneider of Boston, MA

12. Attorney Kevin Barron of Boston, MA

13. Attorney Michael Liston of Boston, MA

14. Attorney Alan D. Chipman of Lynn, MA

15. Michael Polston of Malden P.D.

16. Tim Kelly of Tewksbury P.D.

17. Robert Gifford of Malden P.D.

18. Sgt. Mark Mullaney of Malden P.D.

19. Kevin Killion of Malden P.D.

20. Mike Hardiman of Malden P.D.

21. Paul Howard of Malden P.D.

22. Robert Hall of Everett P.D.

23. Michael Grassia of Suffolk County Drug Task Force

24. Sgt. John Maize of Everett P.D.

25. (Ret.) David Cook of Everett P.D.

26. Paul Strong of Everett P.D.

27. Tom Kinsella of Everett P.D.

28. Mark Frenzo of Stoneham, MA

29. Michael Mafay of Cambridge P.D.

30. David Montana of Medford P.D.

31. Joseph Donahue of Medford P.D.

32. Anthony Carlucci of Wakefield, MA

33. John Rivers of Malden P.D.

        Respectfully Submitted:
        Defendant,
        DAVID JORDAN,
        By his attorney,

/s/ Thomas Drechsler
_____
Thomas Drechsler, Esq.
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. (617) 265-3900

DATE:   March 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon Assistant U.S. Attorney John T. McNeil, and to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

        /s/ Thomas Drechsler
        _____
        Thomas Drechsler