**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | | |
| ) | **CRIMINAL NO. 04-10194-RCL** | |
| **DAVID JORDAN** ) | | |
| **and** ) | | |
| **ANTHONY BUCCI,** ) | | |
| **Defendants.** ) | | |

**DEFENDANT, DAVID JORDAN'S,
PROSPECTIVE EXHIBIT LIST**

Now comes the defendant, David Jordan, and respectfully submits the following list of

proposed trial exhibits.  The defendant reserves the right to offer additional exhibits depending

on the evidence in the government's case in chief.  In the event of the need for additional

exhibits, the defendant will promptly notify the government.

**Marked for Identification     Exhibit**

| Marked for Identification | Exhibit |
|---|---|
| 1A | Brooks/Norton Minotti<br>3-15-04<br>Wire #N-7 |
| 1B | Wire #N-7 transcript |
| 2A | Quinn/Jordan conversation<br>12-30-03 at 12:33 p.m. |
| 2B | Quinn/Jordan transcript |
| 3A | Quinn/Jordan conversation<br>12-29-03 3:45 p.m. |
| 3B | Quinn/Jordan transcript |

1

| | |
|---|---|
| 4A | Druin/Jordan conversation 1-8-04 at 9:45 p.m. |
| 4B | Druin/Jordan transcript |
| 5A | Druin/Jordan conversation 5-5-04 at 4:55 p.m. |
| 5B | Druin/Jordan transcript |
| 6A | Call between Lt. Brooks and Jordan 3-16-04 4:15 p.m. |
| 6B | Brooks/Jordan transcript |
| 7A | Norton/Jordan conversation 4-28-04 |
| 7B | Norton/Jordan transcript |
| 8A | Sgt. Skiffington report to Capt. Caggiano 8-4-03 |
| 8B | Sgt. Skiffington report to Capt. Caggiano 8-11-03 |
| 8C | Sgt. Skiffington report to Capt. Caggiano 8-18-03 |
| 8D | Sgt. Skiffington report to Capt. Caggiano 8-25-03 |
| 8E | Sgt. Skiffington report to Capt. Caggiano 9-2-03 |
| 8F | Sgt. Skiffington report to Capt. Caggiano 9-8-03 |
| 8G | Sgt. Skiffington report to Capt. Caggiano 9-15-03 |
| 8H | Sgt. Skiffington report to Capt. Caggiano 10-6-03 |

| | |
|---|---|
| 8I | Sgt. Skiffington report to Capt. Caggiano 10-20-03 |
| 8J | Sgt. Skiffington report to Capt. Caggiano 10-27-03 |
| 8K | Sgt. Skiffington report to Capt. Caggiano 12-1-03 |
| 8L | Sgt. Skiffington report to Capt. Caggiano 12-8-03 |
| 8M | Sgt. Skiffington report to Capt. Caggiano 12-15-03 |
| 8N | Sgt. Skiffington report to Capt. Caggiano 12-22-03 |
| 8O | Sgt. Skiffington report to Capt. Caggiano 12-29-03 |
| 8P | Sgt. Skiffington report to Capt. Caggiano 1-5-04 |
| 8Q | Sgt. Skiffington report to Capt. Caggiano 1-12-04 |
| 8R | Sgt. Skiffington report to Capt. Caggiano 1-20-04 |
| 8S | Sgt. Skiffington report to Capt. Caggiano 1-26-04 |
| 8T | Sgt. Skiffington report to Capt. Caggiano 2-9-04 |
| 8U | Sgt. Skiffington report to Capt. Caggiano 2-24-04 |
| 8V | Sgt. Skiffington report to Capt. Caggiano 3-1-04 |
| 8W | Sgt. Skiffington report to Capt. Caggiano 3-8-04 |

| | |
|---|---|
| 8X | Sgt. Skiffington report to Capt. Caggiano<br>3-15-04 |
| 8Y | Sgt. Skiffington report to Capt. Caggiano<br>3-22-04 |
| 8Z | Sgt. Skiffington report to Capt. Caggiano<br>3-29-04 |
| 8aa | Sgt. Skiffington report to Capt. Caggiano<br>4-5-04 |
| 8bb | Sgt. Skiffington report to Capt. Caggiano<br>4-15-04 |
| 8cc | Sgt. Skiffington report to Capt. Caggiano<br>4-26-04 |
| 8dd | Sgt. Skiffington report to Capt. Caggiano<br>5-3-04 |
| 8ee | Sgt. Skiffington report to Capt. Caggiano<br>5-11-04 |
| 8ff | Sgt. Skiffington report to Capt. Caggiano<br>6-14-04 |
| 8gg | Sgt. Skiffington's Chronology of Events of 12-24-03 |
| 9A | Call # 1500<br>Minotti/Norton<br>3-12-04 - 5:48 p.m. |
| 9B | Minotti/Norton transcript |
| 10A | Call #8298<br>Minotti/Jordan<br>5-5-04 - 5:08 p.m. |
| 10B | Minotti/Jordan transcript |
| 11A | Call #8304<br>Minotti/Jordan<br>8-3-04 |

| | |
|---|---|
| 11B | Minotti/Jordan transcript |
| 12A | Call #<br>Minotti/Jordan<br>5-5-04 - 5:15 p.m. |
| 12B | Minotti/Jordan transcript |
| 13A | Call #<br>Minotti/Jordan<br>5-5-04 - 5:21 p.m. |
| 13B | Minotti/Jordan transcript |
| 14A | Call # 1469<br>Minotti/Jordan<br>3-12-04 - 2:54 p.m. |
| 14B | Minotti/Jordan transcript |
| 15A | Call #7618-7619-7620<br>Minotti/Jordan<br>4-29-04 - 9:00 a.m. |
| 15B | Minotti/Jordan transcript |

Respectfully Submitted:
Defendant,
DAVID JORDAN,
By his attorney,


/s/ Thomas Drechsler
_____
Thomas Drechsler, Esq.
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. (617) 265-3900

DATE:    March 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon Assistant U.S. Attorney John T. McNeil, and to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated  as non-registered participants.

/s/ Thomas Drechsler
_____

Thomas Drechsler