UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10194-RCL |
| | ) | |
| DAVID JORDAN | ) | |
| and | ) | |
| ANTHONY BUCCI, | ) | |
| Defendants | ) | |

**GOVERNMENT'S REVISED LIST OF PROSPECTIVE TRIAL EXHIBITS**

The United States of America, by and through Assistant United States Attorneys John T. McNeil and S. Theodore Merritt, respectfully submits the following revised list of prospective trial exhibits. In keeping with the Court's Pretrial Order, if the government subsequently decides to offer any additional exhibits in its case in chief, it will promptly notify the defendants:

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 1A | **CALL 256**<br>**MINOTTI TO RUIZ**<br>**DECEMBER 20, 2003**<br>**5:22 PM** | |
| 1B | **CALL 256 Transcript** | |
| 2A | **CALL 350**<br>**MINOTTI TO RUIZ**<br>**DECEMBER 22, 2003**<br>**12:15 P.M.** | |
| 2B | **CALL 350 Transcript** | |
| 3A | **CALL 447**<br>**RUIZ TO MINOTTI**<br>**DECEMBER 23, 2003**<br>**7:12 PM** | |
| 3B | **CALL 447 Transcript** | |

1

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 4A | **CALL 460**<br>**MINOTTI TO RUIZ**<br>**DECEMBER 24, 2003**<br>**9:00 AM** | |
| 4B | **CALL 460 Transcript** | |
| 5A | **CALL 480**<br>**RUIZ TO MINOTTI**<br>**DECEMBER 24, 2003**<br>**11:00 A.M.** | |
| 5B | **CALL 480 Transcript** | |
| 6A | **CALL 485**<br>**RUIZ TO IRENE**<br>**DECEMBER 24, 2003**<br>**11:16 A.M.** | |
| 6B | **CALL 485 Transcript** | |
| 7A | **CALL 545**<br>**TOMMY TO RUIZ**<br>**DECEMBER 24, 2003**<br>**1:45 P.M.** | |
| 7B | **CALL 545 Transcript** | |
| 8A | **CALL 549 (E)**<br>**MINOTTI TO RUIZ**<br>**DECEMBER 24, 2003**<br>**2:04 P.M.** | |
| 8B | **CALL 549 (E) Transcript** | |
| 9A | **CALL 581**<br>**"GINO" TO RUIZ**<br>**DECEMBER 24, 2003**<br>**3:37 P.M.** | |
| 9B | **CALL 581 Transcript** | |

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 10A | **CALL 603**<br>**"GINO" TO RUIZ**<br>**DECEMBER 24, 2003**<br>**5:09 P.M.** | |
| 10B | **CALL 603 Transcript** | |
| 11A | **CALL 728**<br>**RUIZ TO TOMMY**<br>**DECEMBER 26, 2003**<br>**3:37 P.M.** | |
| 11B | **CALL 728 Transcript** | |
| 12A | **CALL 900**<br>**"GINO" TO RUIZ**<br>**DECEMBER 29, 2003**<br>**8:20 P.M.** | |
| 12B | **CALL 900 Transcript** | |
| 13 | **Photo of Black Mercedes Benz Mass Reg. 3802YL** | |
| 14 | **Registry of Motor Vehicles Record for Mass Reg. 3802YL** | |
| 15 | **Aerial Photo of Malden Medical Center** | |
| 16A | **JORDAN/ DROUIN**<br>**TELEPHONE CONVERSATION**<br>**DECEMBER 26, 2003 at 1:30 p.m.** | |
| 16B | **JORDAN/ DROUIN 12/26 at 1:30 p.m. Transcript** | |
| 17A | **JORDAN/DROUIN**<br>**TELEPHONE CONVERSATION**<br>**DECEMBER 26, 2003 at 5:00 p.m.** | |
| 17B | **JORDAN/ DROUIN 12/26 at 5:00 p.m. Transcript** | |
| 18A | **JORDAN/DROUIN**<br>**TELEPHONE CONVERSATION**<br>**DECEMBER 31, 2003 at 1:35 p.m.** | |
| 18B | **JORDAN/ DROUIN 12/31 at 1:35 p.m. Transcript** | |

3

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 19 | **Bucci Mobile Telephone** | |
| 20 | **Carlos Ruiz Plea Agreement** | |
| 21A | **MALDEN POLICE DEPARTMENT DISPATCH RECORDING DECEMBER 24, 2003 at 10:37 a.m.** | |
| 21B | **MALDEN P.D. DISPATCH Transcript 12/24 at 10:37 a.m.** | |
| 22 | **Photo Array (Anthony Bucci)** | |
| 23 | **Photo Array (Jon Minotti)** | |
| 24A | **JORDAN/MINOTTI BODY RECORDER MAY 19, 2004** | |
| 24B | **JORDAN/MINOTTI 5/19 Transcript** | |
| 25 | **Ruiz Information Print-Out** | |
| 26 | **Joker Rolling Papers** | |
| 27 | **Jon Minotti Plea Agreement** | |
| 28 | **Telephone Summary Chart I** | |
| 29 | **Telephone Summary Chart II** | |
| 30 | **Francis Muolo Plea Agreement** | |
| 31 | **Cocaine Evidence** | |
| 32 | **Tanita Model 1479V Digital Scale** | |
| 33 | **Four (4) Nokia T-Mobile Telephones, One (1) Pager** | |
| 34 | **Six (6) SIM Cards** | |
| 35 | **Documents from Bucci's Briefcase** | |
| 36 | **Documents from Bucci's Car** | |
| 37 | **Salter Digital Scale** | |
| 38 | **Brian Raftery Telephone Notes** | |
| 39 | **Proposed Stipulation on Mercedes Benz** | |
| 40 | **Proposed Stipulation on Malden Police Radio** | |
| 41 | **Proposed Stipulation on Telephone Numbers** | |

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 42 | **Proposed Stipulation on Narcotics Analysis** | |

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

Date: March 16, 2006                        By: */s/ John T. McNeil*
                                                JOHN T. MCNEIL
                                                S. THEODORE MERRITT
                                                Assistant U.S. Attorneys


                                            CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                  By: */s/ John T. McNeil*
                                                     JOHN T. MCNEIL
                                                   S. THEODORE MERRITT
                                                   Assistant U.S. Attorneys