

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*          *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

March 19, 2006

Ms. Lisa Hourihan
Deputy Clerk
United States District Court
District of Massachusetts
United States Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

        Re:    United States v. David Jordan & Anthony Bucci
               Crim. No. 04-10194-RCL

Dear Ms. Hourihan:

At the final Pretrial Conference on Friday afternoon, the Court requested a copy of the transcript of the body wire recording between Defendant Jordan and Jon Minotti.  Please find that transcript attached.  This transcript will be pre-marked Government Exhibit 24B.

Thank you for your assistance in this matter.  If you have any questions regarding this, please call me at 617-748-3242.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: *John T. McNeil*

                JOHN T. McNEIL
                Assistant U.S. Attorney

**TRANSCRIPT OF BODY RECORDER**
**MAY 19, 2004**

Minotti:        THIS IS HIM.

S/A Tully:      GO AHEAD

Minotti:        HE'S NOT AVAILABLE. ... HEY, YOU THERE?

Jordan:         YEAH, WHERE ARE YOU?

Minotti:        I HAD TO GET GAS. I'M ON MY WAY I'LL BE THERE IN FIVE MINUTES.

Jordan:         IN MALDEN RIGHT? NOT AT THE FLYNN, MALDEN.

Minotti:        YEAH ON ROUTE 60 RIGHT?

Jordan:         YUP.

Minotti:        HE'S WORKING. ... ALRIGHT.
                Aside: CAN YOU TAKE IT OUT OF THAT?

Jordan:         WHERE ARE YOU NOW? DO YOU WANT TO MEET AT [INAUDIBLE]

Minotti:        [MUFFLED / INAUDIBLE]

 . . .  [road noises removed]


Minotti:        [SIGHS] HEY

Jordan:         WHAT THE FUCK IS THE STORY [INAUDIBLE]

Minotti:        THEY'RE NOT BUYING MY STORY. THEY'RE TELLING ME THAT RUIZ
                KEEPS FUCKING TELLING THEM THAT I WAS THERE. THAT HE SAW ME
                THERE AND AH,

Jordan:         AND WHAT?

Minotti:        THAT'S IT.

Jordan:         WHAT DID THEY SAY ABOUT ME?

1

Minotti:    NOTHING. JUST TELLING, THEY'RE NOT BUYING MY STORY.

Jordan:    WHAT'D YOUR FRIEND SAY?

Minotti:    SKEETER, THEY…

Jordan:    WHAT DID HE SAY?

Minotti:    I DON'T KNOW. I THINK…

Jordan:    DID YOU ASK HIM?

Minotti:    I THINK BUCCI…

Jordan:    WHY?

Minotti:    IS BUCCI LOCKED UP?

Jordan:    NOT THAT I KNOW OF

Minotti:    BECAUSE HE WAS WAITING ON SOME SHIT AND I'M THINKING HE GOT LOCKED UP. HE WAS WAITING FOR A TRACTOR TRAILER OR SOMETHING [INAUDIBLE]. I THOUGHT YOU WOULD KNOW IF HE GOT ARRESTED [INAUDIBLE] OXY'S OUT OF THE FUCKING STORE.

Jordan:    NO

Minotti:    I DON'T KNOW. THIS FUCKING, THEY TOLD ME THEY'RE GONNA BE BACK BECAUSE THEY'RE NOT BUYING MY STORY

Jordan:    WELL WHEN YOU SAY, YOU HAVE NOTHING TO SAY, YOU'RE, I DON'T KNOW NOTHING JON. YOU CAN'T LEAVE ME HANGING MAN. I CAN'T BELIEVE THIS

Minotti:    I….

Jordan:    WHAT ARE YOU GONNA DO TO ME? YOU'RE NOT GIVING ME UP? HUH?!

Minotti:    NO, BUT I'M JUST TELLING YOU , THAT, WHAT DO I SAY TO THESE GUYS? THEY FUCKING, THEY'RE NOT BUYING MY STORY. I DON'T KNOW WHAT TO TELL THEM. THEY'RE SAYING FUCKING RUIZ KEEPS SAYING YOU WERE THERE  AND I SAID WELL CALL DAVID HE'LL TELL

2

YOU WHAT HAPPENED. HE WILL, YOU KNOW, AND THEN THEY SAID SOMETHING ABOUT, IS THERE CAMERAS ON THAT FUCKING PLACE?

Jordan:      NO.

Minotti:     BECAUSE THEY SAID THAT, THEY TRIED TO SAY THAT THEY SAW ME ON THE VIDEO

Jordan:      NO, NO, THEY'RE FUCKING WITH YOU. NO, THEY GOT NOTHING. STICK TO YOUR THING, YOU WEREN'T EVEN, THEY'RE FULL OF SHIT. WHAT DID SKEETER SAY? DID YOU MEET HIM?

Minotti:     NO. HE WOULDN'T MEET ME AFTER

Jordan:      WHY?

Minotti:     I CALLED HIM AND I SAID…

Jordan:      YOU GOTTA FUCKING TALK TO THAT KID.

Minotti:     I'LL CALL HIM, BUT I'M THINKING BUCCI'S THE ONLY ONE THAT CAN'T BE FOUND RIGHT NOW YOU KNOW.

[INAUDIBLE]

Jordan:      DO I? NO. YOU GOT NOTHING. SEARCH MY HOUSE, DO WHAT YOU WANT. I DON'T KNOW WHAT YOU'RE TALKING ABOUT.

Minotti:     [INAUDIBLE]

Jordan:      JON, YOU CAN'T…

Minotti:     THEY'RE NOT BUYING MY STORY

Jordan:      JON, WHAT ARE YOU GONNA FUCKING DO?

Minotti:     I DON'T KNOW, I'M JUST SAYING…

Jordan:      YOU FUCKING [VOICES OVERLAP] I CAN'T BELIEVE THIS SHIT. AND YOU INTRODUCE ME TO THIS FUCKING RAT SKEETER AND FUCKING BUCCI, AND OH THEY'RE COOL. THEY'RE GONNA THROW ME UNDER THE FUCKING BUS TO SAVE THEM. WHAT THE FUCK KID. I FUCKING TRUST YOU LIKE THAT AND YOU BRING SHITHEADS LIKE THAT.

WHAT'S WRONG WITH YOU? YOU DON'T GOT NOTHING ON YOU DO YOU?

Minotti:     NO. I'M FUCKING GONNA DIE RIGHT NOW DAVE. MY FAMILY, I'M FUCKING, I'M GONNA GO DOWN.

Jordan:      YOU DON'T GOT NOTHING…

Minotti:     NO. I'M NOT. I'M TELLING YOU, NO, I'M FUCKING DISGUSTED I'M GONNA CRY RIGHT NOW. MY FAMILY. I DON'T, I'M NOT GONNA GIVE YOU UP BUT I'M JUST SAYING THEY'RE FUCKING COMING BACK. THEY'RE NOT BUYING MY STORY AND I DON'T KNOW WHAT TO TELL THEM. I DON'T KNOW WHAT TO TELL THEM.

Jordan:      [VOICES OVERLAP] ARE YOU GONNA ADMIT THAT YOU WERE THERE?

Minotti:     NO, BUT IF THE KID, RUIZ KEEPS SAYING I WAS THERE.

Jordan:      SO LET HIM SAY IT. WHAT THE FUCK CAN YOU DO? THEY'RE GONNA KEEP TALKING, DON'T WORRY, WHAT'S HE SAY, WHY WHAT DID THEY SAY?

Minotti:     NO, THEY JUST SAID THEY WEREN'T BUYING MY STORY. AND THEY SAID WE'LL BE BACK AND I SAID ALRIGHT, YOU DO WHAT YOU GOT TO DO. SO I'M, I GOTTA GO CALL AN ATTORNEY. I GOTTA. I GOT TO.

Jordan:      YOU CAN'T FUCKING TELL THEM THAT I WAS INVOLVED

Minotti:     [VOICES OVERLAP] I'M NOT, I'M ALL DONE ALRIGHT. I JUST WANTED TO LET YOU KNOW THAT THEY CAME BY MY HOUSE AND THAT…

Jordan:      WHEN?

Minotti:     …THEY'RE NOT BUYING THE STORY. RIGHT AFTER AH,  TWO HOURS AFTER I HAD SEEN YOU THIS MORNING.

Jordan:      YOU GOTTA TALK TO SKEETER. WHAT THE FUCK IS WRONG WITH YOU?

Minotti:     I WILL

Jordan:      HOLD IT TOGETHER.

4

Minotti:    ALRIGHT. I'M JUST TELLING YOU, YOU KNOW. I'M JUST NERVOUS, MY FAMILY, FUCKING DAVE. YOU KNOW, THEY'RE NOT BUYING…

Jordan:    THEY GOT NOTHING

Minotti:    THIS KID RUIZ JUST KEEPS SAYING THAT I WAS THERE , I WAS THERE AND I SAID I WASN'T THERE. I KEPT TELLING THEM I WASN'T THERE. I GO ASK DAVID , I GO DAVID WAS THERE, DAVID WAS DOING THE ARREST. AND, AND THEN THEY SAID OH , YOU KNOW, THEN THEY, THEY  KIND OF  SAID SOMETHING ABOUT THE CAMERAS ON THE BUILDING. AND I GO,  LIS…

Jordan:    THERE'S NO CAMERAS.

Minotti:    I GO WELL WHATEVER I SAID. AND THEN I GO WELL , YOU KNOW, SHOULD I GET AN ATTORNEY. AND THE GUY GOES YOU DO WHAT YOU GOTTA DO, WE'LL BE BACK, WE'RE NOT BUYING YOUR BULLSHIT STORY.

Jordan:    THEY GOT NOTHING TO SAY. THEY, THEY GOT NOTHING ON YOU. KEEP IT TOGETHER. THEN TELL, GET TO THAT KID TONIGHT  AND TALK TO HIM. DON'T CALL HIM ON THE PHONE , DON'T  FUCKING USE YOUR PHONE, DON'T CALL HIM FROM A FUCKING CELL PHONE. NO DON'T RUN AWAY…

Minotti:    WELL I'M NERVOUS, I'M SCARED, MY FAMILY. I GOTTA CALL AN ATTORNEY BECAUSE HE SAID HE'S COMING BACK. IS HE GONNA COME DRAG ME OUT OF MY HOUSE NOW?

Jordan:    FOR WHAT?

Minotti:    I DON'T KNOW. I DON'T KNOW.

Jordan:    DID HE SAY BUCCI'S SAYING ANYTHING?

Minotti:    THEY WOULDN'T SAY…

Jordan:    [VOICES OVERLAP] WOULD HE RAT YOU?

Minotti:    … BUCCI, BUT HOW DID THEY KNOW SKEETER WAS INVOLVED?

Jordan:    YEAH

Minotti:    THAT'S WHAT I'M SAYING…

5

Jordan:          [VOICES OVERLAP] YOU GOTTA TALK TO HIM…

Minotti:         [VOICES OVERLAP] THAT'S WHY I'M ASKING YOU IF BUCCI GOT ARRESTED OR SOMETHING.

Jordan:          HOW DO I KNOW?

Minotti:         HE'S THE ONLY ONE WHO KNEW.

Jordan:          I AIN'T GONNA FUCKING RUN HIM AND…

Minotti:         NO.

Jordan:          …THEY'LL FUCKING SEE

Minotti:         RIGHT

Jordan:          WHERE'S BUCCI LIVE?

Minotti:         THAT'S WHAT, I'M TRYING TO FIND HIM DAVID. I'VE BEEN CALLING HIM FOR A WEEK. HE'S NOT CALLING ME BACK SO I'M THINKING HE GOT ARRESTED CAUSE' HIS FUCKING, HE WAS TAL.., THE LAST TIME I TALKED TO HIM  HE WAS WAITING ON THIS BIG TRUCKLOAD OF FUCKING WEED.  YOU KNOW?

Jordan:          SEE, YOU WOULD HAVE HEARD THAT IN THE PAPER

Minotti:         WELL, WELL YEAH. NO, BUT I'M JUST SAYING.

Jordan:          THAT WOULD HAVE BEEN IN THE PAPERS.

Minotti:         FUCKING KID. I GOTTA GET AHOLD OF SKEETER

Jordan:          [VOICES OVERLAP] YOU GOTTA, TRY TO GET SKEETER, AND, AND TELL SKEETER TO KEEP HIS FUCKING MOUTH SHUT.

Minotti:         YEAH [VOICES OVERLAP] I JUST WANT TO KNOW HOW THEY FUCKING KNEW HE WAS INVOLVED TO BEGIN WITH.

Jordan:          YEAH

Minotti:         WHY DID THEY APPROACH HIM. BECAUSE THAT, YOU KNOW, HE TOLD ME THIS MORNING THEY WERE THERE. AND THEN THEY CAME TO ME RIGHT AFTER. I'M, SIGHS, FUCK.

Jordan:       KEEP IT TOGETHER

Minotti:      ALRIGHT

Jordan:       FUCKING, YOU KNOW. JON, [VOICES OVERLAP] DON'T THROW ME
              UNDER THE FUCKING BUS YOU MOTHERFUCKER.

Minotti:      [VOICES OVERLAP]I KNOW DAVID, I KNOW.

Jordan:       DON'T DO IT.

Minotti:      I KNOW. I KNOW. I'M JUST NERVOUS. I CAME TO YOU…

Jordan:       WHAT THE FUCK…

Minotti:      …TO TELL YA…

Jordan:       YEAH I KNOW BUT WHAT THE FUCK DO YOU WANT ME TO DO?

Minotti:      [VOICES OVERLAP] I KNOW. ALRIGHT, ALRIGHT

Jordan:       AND I'M FUCKING SHITTING MYSELF TOO

Minotti:      I KNOW. I KNOW.

Jordan:       I GOT TWENTY YEARS INVESTED. THIS WAS FUCKING, WE GOT
              NOTHING TO DO, FUCKING…

Minotti:      I KNOW. I KNOW

Jordan:       I DIDN'T WANT TO DO IT. I LET YOU, FUCKING LISTEN TO YOU.
              FUCKING…

Minotti:      I'LL CALL THEM

Jordan:       YOU FUCKING INTRODUCE ME TO TWO SHITHEADS

Minotti:      I WILL CALL THEM

Jordan:       IF FUCKING SOMETHING, YOU KNOW

Minotti:      I'LL CALL THEM AND I'LL GET IN TOUCH WITH YOU. BUT I DON'T
              KNOW, I'M GONNA HAVE TO CALL AN ATTORNEY CAUSE' THIS
              FUCKING GUY SAID HE WAS COMING BACK, SO.

Jordan:        FOR WHAT? DID YOU [VOICES OVERLAP]…

Minotti:       I DON'T KNOW, I NO, I JUST, I GO , I'M, THAT'S MY STORY I'M STICKING TO IT. I SAID I WASN'T EVEN THERE. I GO I DON'T KNOW WHAT RUIZ IS TELLING YOU, I WASN'T THERE.

Jordan:        HOW DID SKEETER, WHAT ARE THEY SAYING…

Minotti:       [VOICES OVERLAP]  THAT'S WHAT I, THAT'S WHY I'M ASKING YOU ABOUT BUCCI

Jordan:        [VOICES OVERLAP] …YOU GOTTA FIND HIM

Minotti:       [VOICES OVERLAP]…BUCCI…

Jordan:        [VOICES OVERLAP]…WELL I CAN'T FIND OUT ABOUT THAT.

Minotti:       ALRIGHT.

Jordan:        YOU FUCKING NITWIT.

Minotti:       ALRIGHT. I'LL CALL YOU

Jordan:        I CAN'T BELIEVE THIS JON

Minotti:       I KNOW DAVE. I KNOW.

Jordan:        IT'S THE WEAK LINKS YOU BROUGHT IN. IT'S ON YOU. FUCKING, YOU BETTER NOT FUCKING…

Minotti:       I WILL GO GET AHOLD OF THEM AND CALL YOU.

Jordan:        YOU BETTER NOT FUCKING BE A RAT ON ME MAN.

Minotti:       NO, I'M NOT DAVID.

Jordan:        AND THOSE GUYS…

Minotti:       [VOICES OVERLAP] I'M JUST TELLING…

Jordan:        [VOICES OVERLAP]…YOU YOU BETTER TELL THEM

Minotti:       [VOICES OVERLAP]….YOU WHAT'S GOING ON. I'M JUST TELLING YOU WHAT'S GOING ON. I'LL CALL YOU IN A WHILE.

8

Jordan:        HOW? CELL PHONE?

Minotti:       PAY PHONE.

Jordan:        YEAH. I'LL BE HOME.

Minotti:       ALRIGHT.

               HE KNOWS. MOTHERFUCKER. HE'S GONNA FOLLOW ME YOU GUYS.
               JUST SO YOU KNOW.


Minotti:       THEY'RE ROLLING UP BY HIM RIGHT NOW. FUCK.

Jordan:        IF IT COMES DOWN TO IT YOU GOTTA SAY I HAD NO IDEA WHAT WAS
               GOING ON.

Minotti:       I'M GONNA, I'M GONNA TELL THEM THAT. IT WAS MY IDEA, BUT I'M
               JUST SAYING I, I DON'T…

Jordan:        DON'T GO, FUCKING DON'T TELL THEM NOTHING UNTIL SOMETHING
               HAPPENS. DON'T SAY NOTHING.


Jordan:        YOU TELL SKEETER, LOOK AT, WE STICK TOGETHER, THE THREE OF US,
               AND AND, FUCKING HE'LL GO TOO TELL HIM.

Minotti:       I'M TELLING YOU RIGHT NOW…

Jordan:        [VOICES OVERLAP] SAY, SKEETER…

Minotti:       [VOICES OVERLAP] I'M FUCKING…

Jordan:        [VOICES OVERLAP]…IF IT'S BUCCI, HE'S TRYING TO SAVE HIS OWN ASS
               HE'S A FUCKING LIAR.

Minotti:       HE'S A PIECE OF SHIT, I KNOW.

Jordan:        YOU KNOW WHAT I MEAN?  ….THAT'S WHAT YOU TELL HIM.

Minotti:       I'M GONNA GO TO HIS HOUSE RIGHT NOW [VOICES OVERLAP] AND
               JUST ASK HIM WHAT THE FUCK…

Jordan:        [VOICES OVERLAP] GO TO HIS HOUSE AND YOU SAY LOOK AT, …

                                              9

Minotti:      CAUSE HE WAS WORKING, HE WAS PLASTERING WHEN I TALKED TO HIM

Jordan:       YOU SAY HEY WE STICK TOGETHER, DON'T FUCKING TALK TO THE FEDS, SAY NOTHING CAUSE THEY DON'T KNOW HE WAS THERE. NOBODY KNOWS HE WAS THERE.

Minotti:      RIGHT.

Jordan:       HE WAS ON THE OTHER, SAY LOOK AT, YOU, ME YOU AND DAVE WE'LL STICK TOGETHER. DON'T FUCKING MENTION MY NAME TELL HIM.

Minotti:      I'M GONNA [VOICES OVERLAP]

Jordan:       ASK HIM IF HE DID

Minotti:      I WILL, I WILL ASK HIM.

Jordan:       I'M GOING DOWN TO REC PARK , [INAUDIBLE] GET MY FUCKING [INAUDIBLE]…….

Minotti:      ALRIGHT

Jordan:       I'M SAYING I NEVER SEEN YOU THERE [VOICES OVERLAP]

Minotti:      [VOICES OVERLAP] THEY DON'T KNOW RIGHT

Jordan:       [VOICES OVERLAP] SKEETER DON'T HAVE TO SAY SHIT

Minotti:      [VOICES OVERLAP] I TOLD YOU I TOLD THEM I WASN'T THERE AND THEY SAID WE'RE NOT BUYING THAT. RUIZ KEEPS TELLING US YOU WERE THERE. HE'S SPILLING HIS GUTS.

Jordan:       WELL LET HIM SPILL IT. OF COURSE HE'S GONNA HE'S IN THE FUCKING [INAUDIBLE]. LOOK AT….THEY GOT NOTHING…

Minotti:      THAT'S WHAT I SAID.

Jordan:       THEY GOT NO DRUGS ON YOU, NO MONEY, NO NOTHING. WHAT THE FUCK CAN THEY DO?

Minotti:      RIGHT

Jordan:       ITS FUCKING SIX MONTHS AGO THEY GOT NOTHING.

Minotti:      RIGHT

Jordan:       THEY'RE WAITING [VOICES OVERLAP]

Minotti:      [VOICES OVERLAP] THAT'S WHAT I SAID

Jordan:       THEY'RE TRYING TO CRACK YOU [VOICES OVERLAP]

Minotti:      [VOICES OVERLAP] ALRIGHT

Jordan:       AND THEY'RE TRYING TO CRACK SK….TELL HIM. SIX MONTHS NOTHING. LET BUCCI SAY WHAT HE WANTS HE'S FULL OF SHIT.

Minotti:      THAT'S WHAT I'M GONNA DO. I'LL CALL YOU LATER.