**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


| | |
|---|---|
| **UNITED STATES OF AMERICA )** | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. 04-10194-RCL** |
| **DAVID JORDAN** ) | |
| **and** ) | |
| **ANTHONY BUCCI** ) | |
| **Defendants** ) | |

**DEFENDANT DAVID JORDAN'S REVISED PROPOSED**
**EXHIBIT LIST**

The defendant, David Jordan ("Jordan"), hereby revises his previously filed

exhibit list.  The defendant reserves the right to offer additional exhibits depending on the

evidence in the Government's case in chief.  In the event of the need for additional

exhibits, the defendant will promptly notify the Government**.**

| MARKED FOR IDENTIFICATION | EXHIBITS | EXH # |
|---|---|---|
| 1A | Brooks-Norton-Minotti (Wire #N-7) 3-15-04 | |
| 1B | Wire (#N-7) Transcript | |
| 2A | Quin – Jordan Call 12-30-03 at 12:33 p.m. | |
| 2B | Quin – Jordan Transcript 12-30-03 | |
| 3A | Quin – Jordan Call 12-29-03 at 3:45 p.m. | |
| 3B | Quin – Jordan Transcript 12-29-03 | |
| 4A | Drouin-Jordan Call (N-1) 1-8-04 at 9:45 p.m. | |

| MARKED FOR IDENTIFICATION | EXHIBITS | EXH # |
|---|---|---|
| 4B | Drouin/Jordan Transcript<br>1-8-04 | |
| 5A | Drouin – Jordan Call<br>5-5-04 at 4:55 p.m. | |
| 5B | Drouin/Jordan Transcript<br>5-5-04 | |
| 6A | Lt. Brooks and Jordan Call (N-8)<br>3-16-04 at 4:15 p.m. | |
| 6B | Lt. Brooks and Jordan (N-8) Transcript<br>3-16-04 | |
| 7A | Norton – Jordan Call (N-13)<br>4-28-04 | |
| 7B | Norton – Jordan (N-13) Transcript<br>4-28-04 | |
| 8A | Sgt. Skiffington Report to Capt. Caggiano<br>8-4-03 | |
| 8B | Sgt. Skiffington Report to Capt. Caggiano<br>8-11-03 | |
| 8C | Sgt. Skiffington Report to Capt. Caggiano<br>8-18-03 | |
| 8D | Sgt. Skiffington Report to Capt. Caggiano<br>8-25-03 | |
| 8E | Sgt. Skiffington Report to Capt. Caggiano<br>10-6-03 | |
| 8F | Sgt. Skiffington Report to Capt. Caggiano<br>10-20-03 | |
| 8G | Sgt. Skiffington Report to Capt. Caggiano<br>12-22-03 | |
| 8H | Sgt. Skiffington Report to Capt. Caggiano<br>12-29-03 | |

| MARKED FOR IDENTIFICATION | EXHIBITS | EXH # |
|---|---|---|
| 8I | Sgt. Skiffington Report to Capt. Caggiano 1-05-04 | |
| 8J | Sgt. Skiffington Report to Capt. Caggiano 1-12-04 | |
| 8K | Sgt. Skiffington Report to Capt. Caggiano 3-1-04 | |
| 8L | Sgt. Skiffington Report to Capt. Caggiano 4-5-04 | |
| 8M | Sgt. Skiffington Report to Capt. Caggiano 4-15-04 | |
| 8N | Sgt. Skiffington's Chronology of Events of 12-24-03 | |
| 9A | Minotti – Jordan Call #1469 3-12-04 at 2:54 p.m. | |
| 9B | Minotti - Jordan Call #1469 Transcript | |
| 10A | Minotti – Jordan Call #1500 3-12-04 at 5:48 p.m. | |
| 10B | Minotti - Jordan Call #1500 Transcript | |
| 11A | Jordan – Minotti Calls #7617 (9:02 am) #7619 (9:03 am) #7620 (9:05 am) 4-29-04 | |
| 11B | Jordan – Minotti Calls #7617 (9:02 am) #7619 (9:03 am) #7620 (9:05 am) Transcript | |
| 12A | Jordan – Minotti Calls #8298 (5:08 pm) #8301 (5:10 pm) #8305 (5:12 pm) #8308 (5:15 pm) 5-5-04 | |
| 12B | Jordan – Minotti Calls #8298 (5:08 pm) #8301 (5:10 pm) #8305 (5:12 pm) #8308 (5:15 pm) Transcript | |

Respectfully Submitted:

Defendant,
DAVID JORDAN,
By his attorney,


/s/ Thomas Drechsler
Thomas Drechsler, Esq.
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. (617) 265-3900

DATED: March 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon Assistant U.S. Attorney John T. McNeil, and to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


/s/ Thomas Drechsler
_____
Thomas Drechsler