## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10194-RCL |
| | ) | |
| DAVID JORDAN & ANTHONY BUCCI | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The United States Marshal for the District of Massachusetts shall permit those witnesses

currently in Marshal's custody and who are to testify in the case captioned above to appear in Court ~~to the marshal service~~

wearing clothing other than prison garb. Such clothing may be provided by counsel ~~to those~~

~~witnesses, family members or law enforcement officials, and need not be provided by the United~~

~~States Marshal.~~

REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

Dated: 3/23/06