## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIMINAL NO. 04-10194-RCL** |
| **DAVID JORDAN** | ) | |
| **and** | ) | |
| **ANTHONY BUCCI** | ) | |
| **Defendants** | ) | |

## DEFENDANT, DAVID JORDAN'S, RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

Now comes the defendant, David Jordan ("Jordan"), and pursuant to Fed.R.Crim.P. Rule 29, renews his motion for judgment of acquittal of all offenses charged in the indictment. As reasons therefore, Jordan states that the Government's evidence is insufficient for submission to the jury. Additionally, as to Count 4 of the indictment, Jordan supplements the previously filed motion with the following:

### Count 4: 18 U.S.C. §1512(b)(3) – Attempted Witness Tampering

In Count 4, Jordan is charged with attempted witness tampering. The Government claims that Jordan attempted to intimidate and corruptly persuade others to give untruthful information to law enforcement agents concerning the "rip off." The Government must show: (1) that Jordan knowingly used intimidation or knowingly corruptly persuaded another person, or attempted to do so; and, (2) that Jordan acted with the intent to hinder, delay or prevent the communication to federal law enforcement officers of information related to the commission of a possible federal offense. Here, the allegation is that Jordan intimidated and corruptly persuaded Jon Minotti to give untruthful information. The "corruptly persuades clause does not include a non-coercive

attempt to persuade a coconspirator who enjoys a Fifth Amendment right not to disclose self-incriminating information about the conspiracy to refrain, in accordance with that right, from volunteering information to investigators." *U.S v. William Farrell,* 126 F.3d 484 (3d Cir. 1997). Since Minotti was an alleged co-conspirator of Jordan, judgment of acquittal should enter on this count.

Respectfully Submitted:

Defendant,
DAVID JORDAN,
By his attorney,


/s/ Thomas Drechsler
Thomas Drechsler, Esq.
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. (617) 265-3900

DATED: April 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon Assistant U.S. Attorney John T. McNeil, and to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Thomas Drechsler
Thomas Drechsler