UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )<br>)<br>DAVID JORDAN                          )<br>     and                                        )<br>ANTHONY BUCCI,                    )<br>          Defendants                      ) | CRIMINAL NO. 04-10194-RCL |

**GOVERNMENT'S MOTION FOR ENLARGEMENT
OF TIME TO FILE STATEMENT OF RELEVANT FACTS**

The United States of America by and through Assistant United States Attorney John T. McNeil, respectfully files this motion for a 10 day enlargement of time to file the Government's Statement of Relevant Facts for the sentencings of David Jordan and Anthony Bucci. As reason therefore, undersigned counsel will not be in the office during the week of April 17, 2006, and the current scheduling order requires the government to submit its statements by April 19, 2006.

Defendants Jordan and Bucci assent to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

April 13, 2006                               BY:     *John T. McNeil*
                                                              JOHN T. McNEIL
                                                              Assistant U.S. Attorney