UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10194-RCL |
| ) | |
| DAVID JORDAN ) | |
| and ) | |
| ANTHONY BUCCI, ) | |
| ) | |
| Defendants. ) | |

Received
4/12/06
11:25 PM

VERDICT FORM

1. As to Count One, charging conspiracy to distribute, and to possess with intent to distribute, cocaine, we find:

   David Jordan      ____ not guilty      _X_ guilty

   Anthony Bucci     ____ not guilty      _X_ guilty

   If your answer is not guilty as to both defendants, go directly to question 2. If your answer is guilty as to one or both defendants, go to question 1(a) below.

   1(a).  Do you find that the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine?

          ____ no          _X_ yes

   Now go to question 2.

1

2.  As to Count Two, charging possession with intent to distribute cocaine/aiding and abetting, we find:

    David Jordan        ____ not guilty    _X_ guilty

    Anthony Bucci       ____ not guilty    _X_ guilty

    If your answer is <u>not guilty</u> as to both defendants, go directly to question 3. If your answer is <u>guilty</u> as to one or both defendants, go to question 2(a) below.

    2(a).   Do you find, as to David Jordan, that the amount possessed with intent to be distributed was 500 grams or more of a mixture or substance containing a detectable amount of cocaine?

        ____ no        _X_ yes

    2(b).   Do you find, as to Anthony Bucci, that the amount possessed with intent to be distributed was 500 grams or more of a mixture or substance containing a detectable amount of cocaine?

        ____ no        _X_ yes

    Now go to question 3.

3.  You should answer question 3 *only* as to a defendant whom you found <u>guilty</u> as to question 1 and/or question 2. If you found both defendants <u>not guilty</u> as to question 1 *and* question 2, go directly to question 4.

    As to Count Three, charging using or carrying a firearm during and in relation to a drug trafficking crime/possession of a firearm in furtherance of a drug trafficking crime, we find:

    David Jordan        ____ not guilty    _X_ guilty

    Anthony Bucci       ____ not guilty    _X_ guilty

4.  As to Count Four, charging attempted witness tampering, we find:

    David Jordan        ____ not guilty    _X_ guilty

5.  As to Count Five, charging possession with intent to distribute cocaine, we find:

    Anthony Bucci        _____ not guilty    _X_ guilty

    If your answer is guilty, go directly to question 6. If your answer is not guilty, answer question 5(a) below.

    5(a).  As to the charge of simple possession of cocaine, we find:

    Anthony Bucci        N/A   _____ not guilty    _____ guilty

6.  As to Count Six, charging a false statement, we find:

    David Jordan         _____ not guilty    _X_ guilty

7.  As to Count Seven, charging a false statement, we find:

    David Jordan         _____ not guilty    _X_ guilty

8.  As to Count Eight, charging a false statement, we find:

    David Jordan         _____ not guilty    _X_ guilty

4-12-06
DATE

FOREPERSON
CHARLES H. BURNS

3