UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. 04-10194-RCL** |
| **DAVID JORDAN** ) | |
| **and** ) | |
| **ANTHONY BUCCI,** ) | |
| **Defendants.** ) | |

### DEFENDANT, DAVID JORDAN'S, MOTION TO RELEASE BOND OBLIGATION AND DISCHARGE MORTGAGES

Now comes the defendant, David Jordan ("Jordan"), and moves this Court to release his bond obligation and order the discharge of the mortgages on the properties located at 123 Spring Street, Stoneham, Massachusetts, and 30 Bishop Road Malden, Massachusetts.

As reasons therefore, Jordan states that on or about June 10, 2004, United States Magistrate, Joyce London Alexander, ordered the release of Jordan pending trial, subject to a number of conditions (Case Number: MJ04-M-221 JLA). One of the conditions required Jordan to post a bond in the amount of $500,000 which was to be secured by the Stoneham and Malden properties. As a result, on June 15, 2004, mortgages were recorded on each of said properties naming the Clerk of the United States District Court as holder of the mortgage.

Jordan now seeks to discharge each of these mortgages and states that he has complied with all the conditions set forth in the Order of Release and he has appeared at all proceedings as required. Furthermore, since the verdict on April 12, 2006, Jordan has been incarcerated. Thus, the mortgages referenced herein are no longer needed or necessary.

Wherefore, Jordan respectfully requests that the Court release his bond obligation and

order the discharge of the mortgages held by the Clerk of the United States District Court on the properties located at 123 Spring Street in Stoneham, and 30 Bishop Road in Malden and that the attached Discharge of Mortgage for each property be executed accordingly.

                    Respectfully Submitted:

                    Defendant,
                    DAVID JORDAN,
                    By his attorney,

                    /s/ Maria A. Luise
                    Maria A. Luise, Esq.
                    BBO#557353
                    Balliro & Mondano
                    99 Summer Street, Suite 1800
                    Boston, MA  02110
                    (617) 737-8442

DATED:  May 18, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon Assistant U.S. Attorney John T. McNeil, and to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                    /s/ Maria A. Luise
                    Maria A. Luise, Esq.