# DISCHARGE OF MORTGAGE
### RE: 30 Bishop Road, Malden, MA

**Clerk of the United States District Court for the District of Massachusetts,** having an address of 1 Courthouse Way, Boston, Massachusetts,

Holder of a mortgage from **Stephen L. Jordan, Michael D. Jordan, Nancy A. Morganti, David A. Jordan and Dorothy A. Jordan**

Dated June 15, 2004, recorded with Middlesex South District Registry of Deeds at **Book 43066 Page 107**

Acknowledges satisfaction of the same.

Witness my hand and seal this        day of            2006.

_____

**Clerk of the United States
District Court for the
District of Massachusetts**


**Commonwealth of Massachusetts**

**Suffolk ,ss**                                                                 **Dated:**

On this      day of          2006, before me, the undersigned Notary Public, personally appeared the above named                          Clerk as aforesaid, proved to me through satisfactory evidence of identification, being a
, to be the person whose name is on the preceding document, and acknowledged to me that he/she signed it voluntarily and for its stated purpose.

_____

**Notary Public
My Commission Expires:**

# DISCHARGE OF MORTGAGE
### RE: 123 Spring Street, Stoneham, MA 02180

**Clerk of the United States District Court for the District of Massachusetts, having an address of 1 Courthouse Way, Boston, Massachusetts,**

Holder of a mortgage from **David A. Jordan a.k.a. David Jordan of**

Dated June 15, 2004, recorded with Middlesex South District Registry of Deeds at **Book 43066 Page 112**

Acknowledges satisfaction of the same.

Witness my hand and seal this       day of            2006.

_____

**Clerk of the United States District Court for the District of Massachusetts**

**Commonwealth of Massachusetts**
**Suffolk ,ss**                                                                                          **Dated:**

On this      day of          2006, before me, the undersigned Notary Public, personally appeared the above named                          Clerk as aforesaid, proved to me through satisfactory evidence of identification, being a
, to be the person whose name is on the preceding document, and acknowledged to me that he/she signed it voluntarily and for its stated purpose.

_____
**Notary Public**
**My Commission Expires:**