## **DISCHARGE OF MORTGAGE**

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Stephen L. Jordan, Michael D. Jordan, Nancy A. Morganti, David A. Jordan and Dorothy A. Jordan to the Clerk of the United States District Court for the District of Massachusetts, for property located at 30 Bishop Road, Malden, MA. dated June 16, 2006 and recorded in the official records of the Middlesex South district county Registry of Deeds at book 43066 and page 107 acknowledge satisfaction of the same.

Witness my hand and seal this 16 day of June, 2006

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: June 16, 2006

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012