# DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from David A. Jordan a..k.a. David Jordan to the Clerk of the United States District Court for the District of Massachusetts, for property located at 123 Spring Street, Stoneham, MA. dated June 16, 2006 and recorded in the official records of the Middlesex South district county Registry of Deeds at book 43066 and page 112 acknowledge satisfaction of the same.

Witness my hand and seal this *16* day of *June*, 20*06*

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: *June 16, 2006*

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012