July 20, 2006          CASE # 04-10194-RCL

Dear Honorable Judge Lindsay:

This letter is regarding David Jordan, who you will sentence on September 19th.

I have been a long time friend of the Jordans both David and his wife Kristen. I was the Maid of honor in their wedding. Dave is a doting father and husband. please consider his three young children during your sentencing, I would hate for them to not have their father during these early years. He is very involved with his children and their daily activities. I hope that on September 19th you will consider the friend, husband and most of all the father that Dave Jordan is.

Thank you,

Rene Kerr