Re-Case 04-10194-RCL

Honorable Judge Lindsay

7-18-06

Dear Sir,

I am writing in reference to David Jordan's incarceration.

He has been a friend of mine for 15 years and he has been a fine husband & father and also a very good & ambitious worker.

I can't stress enough what a wonderful man David Jordan is.

Sincerely yours,

Adele Perrone
29 Wakefield Ave
Wakefield MA. 01880