To:     Honorable Judge Reginald C. Lindsay
From:   Gene R. Citrano Jr.
Date:   July 26, 2006
Re:     Case # 04-10194-RCL

    I am writing this letter to show my support for a dear friend. I first met David at our kids T-Ball game five years ago, and it was so refreshing to talk with a parent that realized it's only a game and the kids having fun is what's important.
    Over the last sixteen years, I have taught in the City of Medford as an eight grade math teacher. I have taught almost 2,000 students and met about the same number of parents, and I feel I have a developed a good judge of character. I can say with certainty that David and his wife Kristen are good people, and together the community is lucky to have them. I enjoy watching and coaching youth sports with David. My wife has seen the Jordan's donate their time at school fund raisers and after school activities, and often times David will go out of his way to make sure less fortunate children play on teams or maybe invite them to the house for a swim.
    Regardless what happens to David, I will always be there to support him and his family. I'm hoping you see David as a person that has a lot of good still in him, and as a person who has been very caring and compasionate to so many.

Sincerely

*Gene R Citrano Jr*

Gene R. Citrano Jr.

Contact Information:

19 Concord Rd.
Stoneham Ma. 02180
(H) 781-279-1837