July 31, 06

TO: HONORABLE JUDGE REGINALD C. LINDSAY

SIR:

I AM WRITING TO PROVIDE A CHARACTER REFERENCE FOR DAVID JORDAN.

DAVE IS DUE TO BE SENTENCED ON SEPT. 19th.

AND SO I AM WRITING IN HOPES THAT YOU WILL CONSIDER GIVING HIM THE LEAST POSSIBLE TIME.

I HAVE BEEN A FAMILY FRIEND FOR MANY, MANY YEARS

DAVID IS A WONDERFUL HUSBAND AND FATHER. HE HAS 3 SMALL CHILDREN WHO NEED HIM.

I HOPE YOU WILL CONSIDER DAVID'S FAMILY ON SEPT. 19th

Respectfully
Mary Antonangeli

RE: CASE # 04-10194-RCL