UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 04-CR-10194-RCL
_____

UNITED STATES

v.

DAVID JORDAN,
Defendant
_____

**APPEARANCE OF COUNSEL FOR DAVID JORDAN**

Please enter my appearance as counsel of record for the defendant David Jordan.

Respectfully submitted


/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114-4717
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on August 19, 2006.  In addition, I served a copy on Probation Officer Jeffrey R. Smith by mail on this date.

/s/ Charles W. Rankin
_____
Charles W. Rankin