UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 04-CR-10194-RCL
_____

UNITED STATES

v.

DAVID JORDAN,
Defendant
_____

**MOTION FOR DEFENDANT DAVID JORDAN TO POSTPONE SENTENCING
AND FOR OTHER RELIEF**

      The defendant David Jordan, by his counsel, moves that the Court postpone his September 19 sentencing for a period of sixty days, and modify the schedule set forth in the Procedural Order for filing objections to the Presentence Report and other documents relating to the defendant's sentencing. In support of this motion, the defendant, by his counsel, states:

1.    Following a jury trial, the defendant was convicted on April 12, 2006. His release was revoked on that day, and he is presently detained.

2.    The defendant has hired undersigned counsel to handle his sentencing and appeal. Counsel is entering his appearance herewith. Counsel has had no prior involvement in the case, and is not in a position to competently represent the defendant at sentencing without having an opportunity to review the transcript. Counsel has spoken with the court reporter, who has indicated that it will be at least two weeks before the balance of the transcripts are prepared. Once the transcripts have been prepared, counsel will need time to review the transcript and prepare objections. Counsel estimates that he should be able to complete his review of the

      transcripts within six weeks of his receipt thereof.

3. If the Court allows the motion to postpone the sentencing, then it would be appropriate to adjust the schedule for filing objections and other deadlines set forth in the Procedure Order.

4. Because the defendant is detained, the government should not suffer any prejudice if this motion is allowed.

                                          Respectfully submitted
                                          The defendant David Jordan
                                          By his counsel

                                          /s/ Charles W. Rankin
                                          _____
                                          Charles W. Rankin
                                          BBO No. 411780
                                          Rankin & Sultan
                                          151 Merrimac St.
                                          Boston, MA 02114-4717
                                          (617) 720-0011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on August 19, 2006. In addition, I served a copy on Probation Officer Jeffrey R. Smith by mail on this date.

                                          /s/ Charles W. Rankin
                                          _____
                                          Charles W. Rankin