UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CR-10194-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| DAVID JORDAN,   Defendant | ) ) |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
DAVID JORDAN AFTER SENTENCING IMPOSED**

Now comes the undersigned counsel and respectfully moves to withdraw as counsel for the defendant, David Jordan after the imposition of sentence. As reasons herefore, undersigned counsel states that the defendant has retained successor counsel to participate in the sentencing proceedings, and to pursue any appeal or other post-trial proceedings on behalf of the defendant. Said counsel, Attorney Charles W. Rankin, has already filed an appearance on behalf of Mr. Jordan. Wherefore, undersigned counsel asks the court to permit him to withdraw his appearance on behalf of the defendant, David Jordan, effective after sentence is imposed.

Respectfully submitted,

/s/ *Thomas Drechsler*
Thomas Drechsler, Esq.
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. (617) 265-3900

DATED:  November 14, 2006