UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

―――――――

NO. 04-CR-10194-RCL

―――――――

UNITED STATES

v.

DAVID JORDAN,
Defendant

―――――――

**MOTION FOR RECOMMENDATION TO BUREAU OF PRISONS
REGARDING PLACE OF CONFINEMENT**

The defendant David Jordan, by his counsel, moves that the Court recommend to the Bureau of Prisons that the defendant be designated to serve his sentence at the "Federal Correctional Complex at Butner, North Carolina." In support of this motion, the defendant states:

1. The Court has sentenced the defendant to serve 180 months in custody. The defendant is concerned that he be housed in an institution where he will be safe, given his status as a former police officer. Counsel has investigated the various facilities that are operated by the Bureau of Prisons, and has concluded that one of the prisons at Butner will be able to safely house the defendant. The defendant asks for the Butner designation in particular because there are both medium and low security institutions at Butner. While the Inmate Security Designation and Custody Classification manual of the BOP, Program Statement 5100.08, revision 9/12/2006, suggests that the defendant would ordinarily be designated to a low security institution, the defendant does not want to risk seeking a recommendation to a facility

that only has a low security designation, only to have the BOP classify him as a medium security inmate, and place him in a dangerous environment.

For these reasons, the defendant moves that the Court recommend that the Bureau of Prisons designate the defendant to serve his sentence at the "Federal Correctional Complex at Butner, North Carolina."

> Respectfully submitted
> The defendant David Jordan
> By his attorney
>
> /s/ Charles W. Rankin
> _____
> Charles W. Rankin
> BBO No. 411780
> Rankin & Sultan
> 151 Merrimac St.
> Boston, MA 02114-4717
> (617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on November 29, 2006.

> /s/ Charles W. Rankin
> _____
> Charles W. Rankin