UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 04-CR-10194-RCL
_____

UNITED STATES

v.

DAVID JORDAN,
Defendant
_____

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant David Jordan, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction entered on December 20, 2006.

> Respectfully submitted
> The defendant David Jordan
> By his attorney
>
> /s/ Charles W. Rankin
> _____
> Charles W. Rankin
> BBO No. 411780
> Rankin & Sultan
> 151 Merrimac St.
> Boston, MA 02114-4717
> (617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on January 2, 2007.

> /s/ Charles W. Rankin
> _____
> Charles W. Rankin