UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 04-CR-10194-RCL
_____

UNITED STATES

v.

DAVID JORDAN,
Defendant
_____

**DEFENDANT'S MOTION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS**

Pursuant to 18 U.S.C. § 1915, the defendant David Jordan moves that the Court permit him to proceed on appeal in forma pauperis. In support of this motion, the defendant states that he has been incarcerated since his conviction on April 12, 2006, that he has had no job since that date, and that his wife's income barely supports his family. He is not able to pay for counsel, filing fees, or the other costs associated with appeal. The defendant will submit an affidavit in support of this motion.

    Respectfully submitted
    The defendant David Jordan
    By his attorney

    /s/ Charles W. Rankin
    _____

    Charles W. Rankin
    BBO No. 411780
    Rankin & Sultan
    151 Merrimac St.
    Boston, MA 02114-4717
    (617) 720-0011

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on January 2, 2007.

                /s/ Charles W. Rankin
                _____
                Charles W. Rankin