# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10194

United States of America

v.

David Jordan

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

NOA#357, documents #356, 358

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/2/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/12/07 .

Christy Phillips
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07 - 1087

- 3/06