| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

| United States v.s. David Jordan | FOR Massachusetts AT Boston | | MAX/BO |
|---|---|---|---|

PERSON REPRESENTED (Show your full name)

David Jordan

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
04-CR-10194

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

21 USC 841 - drug distribution

---

**EMPLOYMENT**

Are you now employed? ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ 3,200.00

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☒ Yes   ☐ No

RECEIVED $ _____

SOURCES: Until the trial began in March 2006, I made $20 per hour unloading trucks at Spadafora Slush Co. I also liquidated my retirement account to pay for my lawyer.

**CASH** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____

DESCRIPTION: Since I will be incarcerated for many years, I recently signed over our house to my wife.

**DEPENDENTS**

MARITAL STATUS:
___ SINGLE
✓ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: _____

List persons you actually support and your relationship to them: I have a wife Kristen and two children. Since my incarceration, I have not been able to support them.

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: None, I am incarcerated

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  1-15-2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ▶ *David Jordan*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 04-CR-10194-RCL

UNITED STATES

v.

DAVID JORDAN,
Defendant

### AFFIDAVIT OF KRISTEN JORDAN

Being duly sworn, Kristen Jordan states:

1. I am the wife of the defendant David Jordan. I submit this affidavit in support of my husband's motion for leave to proceed on appeal in forma pauperis.

2. My net income is $1,520.00 every two weeks. The payment on the mortgage for the home where I live with my children is $2,300 per month. The only way I can make ends meet, and cover ordinary household expenses, is through the generosity and support of my family. Even if I qualified to take out a second mortgage to cover the costs of attorney fees for an appeal, I would not be able to repay the second mortgage.

Signed under the penalty of perjury on January 18, 2007.

*Kristen Jordan*
Kristen Jordan