UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 04-CR-10194-RCL

_____

UNITED STATES

v.

DAVID JORDAN,
Defendant

_____

**DEFENDANT'S MOTION FOR LEAVE TO
OBTAIN TRANSCRIPTS AT GOVERNMENT EXPENSE**

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the defendant David Jordan moves that the Court permit him to obtain copies of the following transcripts at government expense:

1. The recently-unsealed portion of the April 12, 2006 hearing;

2. The sentencing hearing of David Jordan on November 15, 2006; and,

3. The sentencing hearing of Anthony Bucci of November 15, 2006.

In support of this motion, defendant states that he has been allowed to proceed in forma pauperis, and his counsel needs the transcripts in order to prepare the appeal. A CJA Form 24 is attached so that it can be signed by the District Judge if the motion is allowed, and furnished to the court reporter.

        Respectfully submitted
        The defendant David Jordan
        By his attorney

        /s/ Charles W. Rankin
        _____

        Charles W. Rankin
        BBO No. 411780
        Rankin & Sultan
        151 Merrimac St.
        Boston, MA 02114-4717
        (617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 6, 2007.

        /s/ Charles W. Rankin
        _____

        Charles W. Rankin