# Raymond J. Rigat

Attorney At Law
23 East Main Street
Clinton, Connecticut  06413



Telephone: (860) 669-3273                                  Facsimile: (860) 669-3495

e-mail: raymondjrigat@sbcglobal.net

March 16, 2007

Clerk,
United States District Court
for the District of Massachusetts (Boston)
John Joseph Moakley U.S. Courthouse
Suite 2300
One Courthouse Way
Boston, MA  02210-3002

RE:   United States v. David Anthony JORDAN
      First Circuit Appeal No. 07-1087
      District Court Docket No. 1:04-cr-10194-RCL-2

Dear Clerk of Court:

Please find enclosed a copy of my appointment, my appearance and a Docketing Statement on behalf of Mr. Jordan in the above captioned matter.

It is my understanding that transcripts have been previously ordered by Attorney Rankin. Please let me know if I need to re-order same in order for them to be filed with the Court. It is my understanding that you should already have most of these transcripts on file.

Please feel free to call me at (860) 669-3273, or write me at the above address, or send an e-mail to raymondjrigat@sbcglobal.net, should you have any questions or concerns.

Thank you for your kind assistance, I look forward to working with you on this matter.

Very Respectfully,

Raymond J. Rigat, Esq.

enclosures