# United States Court of Appeals
## For the First Circuit

No. 07-1087

UNITED STATES

Appellee

v.

DAVID JORDAN

Defendant - Appellant

**ORDER OF COURT**
**Entered:** March 12, 2007
Pursuant to 1st Cir. R. 27(d)

Defendant's request for appointment of new counsel on appeal is <u>granted</u>. Attorney Raymond R. Rigat is appointed as counsel for appellant under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

Accordingly, Attorney Charles W. Rankin is allowed to withdraw as counsel for appellant.

On or before April 2, 2007, Attorney Rigat must file the transcript order forms, accompanied by a CJA Form 24 vouchers, or a statement certifying that the transcript of all necessary proceedings has been filed/ordered.

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By:_____
Chief Deputy Clerk

[cc: David Jordan, Raymond J. Rigat, Esq., Charles W. Rankin, Esq., Maria A. Luise, Esq., John T. McNeil, AUSA, Dina Michael Chaitowitz, AUSA, S. Theodore Merrit, AUSA]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

APPEARANCE FORM
(Please type or print all answers)

Case No.: 07-1087

Case Name (short): United States v. David A. JORDAN

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

David A. JORDAN _____ as the

(Specify name of person or entity represented.)

*If you represent a litigant who was a party below, but who is not a party on appeal, do not designate yourself as counsel for the appellant or the appellee.*

[X] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

[ ] not a party on appeal

(Signature)

Name & Address: Raymond J. Rigat, Esq.
23 East Main Street
Clinton, CT  06413

Telephone: (860) 669-3273     Court of Appeals Bar Number: 70359

Fax: (860) 669-3495     E-Mail: raymondjrigat@sbcglobal.net

Has this case or any related case previously been on appeal?

Yes _____          Court of Appeals No. 07-1087

No  X

[ ]  IF YOU WILL NOT BE PARTICIPATING IN THIS CASE, PLEASE CHECK HERE AND RETURN, AND GIVE US THE NAME AND ADDRESS OF ANOTHER ATTORNEY, IF ANY, WHO WILL PROVIDE APPELLATE REPRESENTATION.

_____

_____

NOTE: Must be signed by an Attorney admitted to practice before the United States Court of Appeals for the First Circuit pursuant to 1st Cir. R. 46.0(a)(2). If you are applying for admission, please return this appearance form **with** your application for admission, including the admission fee.

If your name has changed since you were admitted to the First Circuit Bar PLEASE show the name under which you were admitted.

**COUNSEL MUST COMPLETE & RETURN THIS APPEARANCE FORM IN ORDER TO FILE PLEADINGS IN THIS COURT**

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
(617) 748-9057
**DOCKETING STATEMENT**

**INSTRUCTIONS**

1. Counsel for an appellant must file the docketing statement with all attachments for every case appealed or cross appealed to the Court of Appeals. The docketing statement must be received by the Court of Appeals clerk's office within the fourteen days allowed to be deemed timely filed. Copies must be served on all parties to the action below and, in civil cases, on First Circuit Settlement Counsel.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. The docketing statement is also used by First Circuit Settlement Counsel to facilitate pre-briefing review of civil cases in which all parties are represented by counsel, and in mediation conducted in such cases under 1st Cir. R. 33.0. If counsel in a civil case believes a mediation conference would be beneficial, counsel may make a confidential request for mediation by contacting the Office of the Settlement Counsel directly at (617)748-9624.

4. Counsel's failure to file the docketing statement within the time set forth will cause the Court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

5. **IF AN OPPOSING PARTY CONCLUDES THAT THE DOCKETING STATEMENT IS IN ANY WAY INACCURATE, INCOMPLETE, OR MISLEADING, THE CLERK'S OFFICE MUST BE INFORMED IN WRITING OF ANY ERRORS AND ANY PROPOSED ADDITIONS OR CORRECTIONS WITHIN SEVEN DAYS OF SERVICE OF THE DOCKETING STATEMENT, WITH COPIES TO ALL OTHER PARTIES.**

6. **You must attach to this docketing statement:**

   - ADDITIONAL PAGES CONTAINING EXTENDED ANSWERS TO QUESTIONS ON THIS FORM.

   - APPEARANCE FORMS FOR COUNSEL FOR EACH APPELLANT.

   - A COPY OF THE TRANSCRIPT ORDER (see Docketing Statement, Question E).

   - A CERTIFICATE OF SERVICE OF THIS DOCKETING STATEMENT ON ALL PARTIES TO THE ACTION BELOW AND, IN COUNSELED CIVIL CASES, ON FIRST CIRCUIT SETTLEMENT COUNSEL.

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
(617) 748-9057
**DOCKETING STATEMENT**

**Proposed Caption of Case:** United States v. David A. JORDAN
No. 07-1087

Plaintiff - Appellant

(District Court Docket # 1:04-cr-10194-RCL-2

Defendant - Appellee

**Type of Action**

____ Civil

__X__ Criminal/Prisoner

____ Cross Appeal

A. Timeliness of Appeal

1. Date of entry of judgment or order appealed from  12/20/06

2. Date this notice of appeal filed  01/02/07

   If cross appeal, date first notice of appeal filed  N/A

3. Filing date of any post-judgment motion filed by any party which tolls time under Fed.R.App.P. 4(a)(4) and 4(b)  N/A

4. Date of entry of order deciding above post-judgment motion  N/A

5. Filing date of any motion to extend time under Fed.R.App.P. 4(a)(5), 4(a)(6) or 4(b)  N/A

   Time extended to  N/A

B. Finality of Order of Judgment

1. Is the order or judgment appealed from a final decision on the merits?    (Yes)   No

2. If no, is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?    Yes   No

If yes, explain _____ N/A

3. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed.R.C.P. 54(b)?    Yes  (No)

If yes, explain _____ N/A

C. Has this case previously been appealed?    Yes  (No)

If yes, give the case name, docket number and disposition of each prior appeal.    N/A

D. Are any related cases or cases raising related issues pending in this Court, any district court of this circuit, or the Supreme Court?    Yes  (No)  but there are co-defendants

If yes, cite the case and the manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?    (Yes)  No

Is a transcript necessary for this appeal?    (Yes)  No

If yes, is transcript already on file with district court?    (Yes)  No  at least trial counsel has transcripts, so I believe that Court has a set on file

If transcript is not already on file, attach copy of transcript order.

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party _Atty Dina Michael Chaitowitz, and S Theodore Merrit, Esq. for the United States_

Attorney _(see above)_  U.S. Attorney's Office

Address _1 Courthouse Way, Suite 9200, Boston, MA 02210_

Telephone  (617) 748-3123

2. Adverse party _____

   Attorney _____

   Address _____

   _____

   Telephone _____

3. Adverse party _____

   Attorney _____

   Address _____

   _____

   Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant(s) name  David A. Jordan

   Address  Reg. # 25225-038
   FCI Fort Dix, Federal Correctional Institution
   West - P.O. Box 7000
   Fort Dix, NJ  08640

   Telephone  (609) 723-1100

   Attorney's name  Charles W. Rankin

   Firm  Rankin & Sultan

   Address  151 Merrimac Street, Second Floor
   Boston, MA  02114-4717

   Telephone  (617) 720-0011

2. Appellant(s) name _____

   Address _____

Telephone _____

Attorney's name _____

Firm _____

Address _____

_____

_____

Telephone _____

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)

(Yes)      No

Fed.R.App.P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the Court of Appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance. Any counsel who filed a notice of appeal must provide the requisite appearance to be attached to this form.

Attorneys who are associated with the case, but not actively representing a party on appeal, should NOT file an appearance form.

A copy of this Docketing Statement must be served on all other parties to the appeal, and in civil cases, Settlement Counsel, Civil Appeals Management Program, 1 Courthouse Way, Suite 3440, Boston, MA 02210, must be served as well.

```
United States Court of Appeals
    for the First Circuit
        Clerk's Office
1 Courthouse Way, Suite 2500
 Boston, Massachusetts 02210
        (617) 748-9057
```

Signature _[signature]_  R.J. RIGHT

Date  16 March 2007