**MANDATE** United States Court of Appeals
For the First Circuit

04-10194
USDC MA
Lindsay, R.

No. 07-1087

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID A. JORDAN,

Defendant, Appellant.

## JUDGMENT

Entered: May 13, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: David A. Jordan's convictions and sentence are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/20/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Merritt, Ms. Luise, Mr. Grossberg, Ms. Reed, Mr. Hollar, Ms. Chaitowitz, Mr. Gingras, Mr. Rigat, Mr. McNeil, Mr. Sheketoff, and Mr. Bucci.